בס"ד

Natan Davoodi, Esq. (SBN 282806)
**The Law Offices of Natan Davoodi, Esq.**
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
Phone: 310-889-4554
Fax: 213-382-4083

Attorney for Plaintiff

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOLLY KWIATKOWSKI and DOES 1-100 inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>HMA CAR USA, LLC, a Delaware limited liability company, HOG MOTORS, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. 2:25-cv-05511-AB-MAA**<br><br>**JURY TRIAL DEMANDED**<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES AND CIVIL PENALTY:**<br>**(1) VIOLATION OF LEMON LAW**<br>**(2) BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**<br>**(3) NEGLIGENT REPAIR**<br>**(4) MISREPRESENTATION**<br>**(5) VIOLATION OF MAGNUSON-MOSS WARRANTY FEDERAL TRADE COMMISSION IMPROVEMENT ACT** |

Plaintiff alleges:

## I. PARTIES

1. MOLLY KWIATKOWSKI ("Plaintiff"), a natural person, is, and at all times herein mentioned was, a resident of Los Angeles County, California.

2. Defendant HYUNDAI MOTOR AMERICA, INC. ("HMA," "Hyundai" and/or "Defendant") was and is a corporation organized and existing under the laws of the State of California and is authorized and/or licensed to engage, and engages in the business of

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

distributing, buying, selling, and repairing automobiles manufactured by HMA to and for the general public, including selling automobiles under conditional sale contracts in the State of California. HMA is located at 10550 Talbert Avenue, Fountain Valley, California 92708, and can be served through its 1505 Corporation SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE, its registered agent(s) for service of process in California, located at 2710 Gateway Oaks Drive, Sacramento, California 95833.

3. HMA does **not** have a qualifying State Certified Arbitration and is liable to automatic civil penalties under applicable law.

4. HMA has **not** established an informal dispute settlement procedure which complies with the provisions of 16 CFR Pt. 703.

5. HMA does **not** require customers to use a qualifying dispute settlement mechanism before suing under the Magnuson Moss Warranty Act suitable for the remedies sought in this action.

6. Additionally, the BBB Auto Line Program has amended Rule 3 of "How BBB AUTO LINE Works (California) Brochure" ("BBB Rule 3") to state that "**Reasonable attorneys' fees capped in the amount of $1,500**." (Attached and incorporated hereto as **Exhibit C** is a true and correct copy of the notice of the change to BBB Rule 3). This BBB Rule 3 is clearly in violation of Cal. Civ. Code §1751, which states that "Any waiver by a consumer of the provisions of this title is contrary to public policy and shall be unenforceable and void". Clearly, under Cal. Civ. Code §1794(d) allows for the recovery of attorneys' fees and costs, without any cap (*i.e.* a cap of $1,500.00). BBB Rule 3 essentially seeks to neutralize the one-sided fee shifting policy of Song-Beverly. In addition, BBB Rule 3 renders the BBB Auto Line Program as an inappropriate dispute mechanism under the Magnuson Moss Act (15 U.S.C. §2301 *et seq.*) pursuant to its terms and the regulations promulgated thereunder, as it does not allow for the recovery of all remedies available under the Magnuson Moss Act. *See* 16 C.F.R. §703.5.

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

7. Defendant HYUNDAI OF GLENDALE ("HOG") (collectively with HMA and DOES 1-100, "Defendants") was at all times pertinent hereto and currently is a company organized and existing under the laws of the State of California, maintains its principal place of business in California, and is authorized and/or licensed to engage, and does engage, in the business of distributing, buying, selling, leasing and servicing HMA automobiles to the general public.

8. HOG is located at 411 S. Brand Blvd., Glendale, CA 91204 and can be served through its registered agent for service of process in California or at its principal place of business, located at 411 S. Brand Blvd., Glendale, CA 91204.

9. HOG is an authorized dealer for HMA and an authorized repair facility for HMA.

10. Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise of Defendants sued herein as DOES 1 through 100, inclusive, under the provisions of section 474 of the California Code of Civil Procedure. Defendants DOES 1 through 100, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein and are legally liable to Plaintiff. Plaintiff will seek leave to amend this Complaint to set forth the true names and capacities of the fictitiously named Defendants together with appropriate charging allegations when ascertained.

11. All acts of corporate employees as alleged were authorized and/or ratified by an officer, director or managing agent of the corporate employer.

12. At all times material hereto, Defendants acted, and/or failed to act, individually, in concert, and/or by and through its authorized agents, servants, employees, shareholders, and/or officers, all of whom were acting within the scope of their employment.

13. Due to the nature of their contractual relationship, HMA's authorized dealerships and repair facilities, including, without limitation, HOG, have served and serve as the actual authorized agents of HMA with regard to the sale of HMA vehicles and the repair of such vehicles under warranty.

בס"ד

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

14. Plaintiff has exhausted all administrative and pre-litigation means for relief in accordance with all applicable State and Federal Law.

15. Plaintiff has exhausted all administrative and pre-litigation means for relief in accordance with all applicable State and Federal Law, including but not limited to Assembly Bill 1755 (AB 1755) and Senate Bill 26 (SB 26). Per the DCA website, Defendant has opted in to AB1755 – Manufacturers - Arbitration Certification Program – https://www.dca.ca.gov/acp/accepted_manufacturers.shtml

## II. NATURE OF ACTION

16. This is an action for actual damages, statutory damages, punitive damages and attorney fees and costs for violations of the Magnuson Moss Warranty Federal Trade Commission Improvement Act, 15 U.S.C. §2301 *et seq*. (hereinafter, the "Magnuson Moss Act"); the Song-Beverly Consumer Warranty Act and Tanner Consumer Protection (California Civil Code §1793.2) – California's Lemon Law (hereinafter, the "Lemon Law"), and common law fraud.

## III. SUBSTANTIVE ALLEGATIONS

17. On or about September 22, 2022, Plaintiff leased a 2023 Hyundai Kona Electric automobile, manufactured by HMA, identified with the vehicle identification number ("VIN") KM8K23AG2PU159648 (hereinafter referred to as the "automobile").

18. The automobile was a new motor vehicle within the meaning of the Lemon Law at the time of Plaintiff's lease.

19. Plaintiff also incurred costs in excess of $1,000.00 to register and insure the automobile.

20. A copy of the contract for the lease of the automobile is attached to this complaint as **Exhibit A** and incorporated herein by reference.

21. Appended to the lease and/or sale of the automobile was an express written warranty (hereinafter, the "Warranty") undertaking to preserve and maintain the utility and

בס"ד

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

performance of the automobile and/or provide compensation in the event of a failure in utility or performance, with HMA to serve as warrantor.

22. A copy of the Warranty for the automobile is attached and incorporated to this complaint as **Exhibit B** and incorporated herein by reference.

23. Plaintiff leased the automobile primarily for personal, family, or household purposes. *See* **Exhibit A**.

24. Plaintiff leased the automobile with a balance remaining on the Warranty. *See* **Exhibits A and B**.

25. Pursuant to the terms of the Warranty, Defendants promised to pay for any covered material parts and labor needs to repair the vehicle during the applicable warranty period. *See* **Exhibit B**.

26. The Warranty provides detailed terms, conditions, disclaimers and limitations. Specifically, the Warranty outlines how disputes between the consumer and HMA are to be handled. *See* **Exhibit B**.

27. The Warranty does **not** require consumers to go through an informal dispute settlement or NCDS (National Center for Dispute Settlement) program; further, the Warranty does not require customers to use the NCDS before exercising their rights or seeking any remedies under the Federal Magnuson-Moss Warranty Act. *See* **Exhibit B**.

28. Under the Magnuson Moss Act, a warrantor, such as HMA, may incorporate into a written warranty the requirement that a "consumer resort to such a procedure before pursuing any legal remedy." *See* 15 U.S.C. 2310(a)(3)(C).

29. The Lemon Law also does not require consumers to first resort to an alternative dispute mechanism before invoking certain provisions of the Lemon Law if the manufacturer has not established an informal dispute settlement procedure which complies with the provisions of 16 CFR Pt. 703.

30. Nowhere in the Warranty issued to Plaintiff does it state that Plaintiff has waived any rights under the Lemon Law, the Magnuson Moss Act, or any other consumer state or

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

federal statute by not proceeding in an informal dispute settlement procedure or NCDS Program. *See* **Exhibit B**.

31. Likewise, nowhere in the Warranty does it state that Plaintiff could not seek recovery of all damages to which Plaintiff is entitled under the Lemon Law, the Magnuson Moss Act, or any other consumer state or federal statute. *See* **Exhibit B**.

32. Additionally, any claim that Plaintiff waived or limited his/her remedies under the Lemons Laws are void, including void pursuant 15 U.S.C. §§ 2302[1], 2304[2], Cal. Civ. Code §§1751 and 1790.1[3]. (See Exhibit B)

33. Based on the representations made via the Warranty, it was Plaintiff's understanding at the time of lease that the Warranty ensured that if Plaintiff was not satisfied for any reason with the subject vehicle, Plaintiff could proceed to seek recovery of all damages to which Plaintiff was entitled under the Lemon Law, the Magnuson Moss Act, and any other applicable civil remedies.

34. Soon after lease of the automobile, Plaintiff began experiencing nonconformities with the automobile that required Plaintiff to return to HMA's authorized repair facilities, including HOG, on several occasions during the warranty period.

---

[1] **15 U.S.C. § 2302** – (c) Prohibition on conditions for written or implied warranty; waiver by Commission No warrantor of a consumer product may condition his written or implied warranty of such product on the consumer's using, in connection with such product, any article or service (other than article or service provided without charge under the terms of the warranty) which is identified by brand, trade, or corporate name;

[2] **15 U.S.C. § 2304** – (c) Waiver of standards The performance of the duties under subsection (a) of this section shall not be required of the warrantor if he can show that the defect, malfunction, or failure of any warranted consumer product to conform with a written warranty, was caused by damage (not resulting from defect or malfunction) while in the possession of the consumer, or unreasonable use (including failure to provide reasonable and necessary maintenance).

[3] **Cal. Civ. Code §1790.1** – Any waiver by the buyer of consumer goods of the provisions of this chapter, except as expressly provided in this chapter, shall be deemed contrary to public policy and shall be unenforceable and void.

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

35. Such nonconformities included defects that substantially impaired the automobile's use, safety, and/or value.

36. The manifestation of the subject defects and/or Plaintiff's repair visits occurred within the applicable term of the Warranty.

37. At each of Plaintiff's repair visits, Defendants purported to service the automobile under the Warranty.

38. HMA's authorized repair facilities, including HOG, served as HMA's agents with respect to the repair attempts they performed under the terms of the Warranty.

39. To date, the automobile has not been repaired.

40. The automobile was subject to repair for the same nonconformities multiple times and the nonconformities still exist, despite the following warranty repair presentations on or about September 27, 2022, October 11, 2022, October 12, 2022, February 6, 2025, March 4, 2025, March 13, 2025.

41. Plaintiff has confirmed that other vehicles manufactured by HMA have exhibited the same defects and nonconformities that Plaintiff's automobile has exhibited.

42. Specifically, the subject vehicle manifests defects resulting in the unintended activation of "turtle" mode, thereby causing, without limitation, a sudden dramatic reduction in power and speed maintenance that significantly compromises vehicle performance and safety.

43. Such defects and nonconformities greatly impair the affected vehicles' use, safety, and/or value.

44.

45. These attempts were unsuccessful in that the automobile still exhibited and continues to exhibit the subject failures in utility and performance.

46. The automobile **must** be/will be out of service by reason of repair of nonconformities for at three warranty repairs and/or least thirty days (30) days.

47. To date, the automobile has not been repaired properly so as to conform the vehicle to the applicable warranties.

בס"ד

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

48. Plaintiff has demanded that Defendants repurchase the automobile due to the exhibited defects.

49. Notwithstanding Plaintiff's demands, Defendants have denied Plaintiff a repurchase and refused to reconsider their denial.

50. The automobile was subjected to repair by Defendants' representative(s) a reasonable number of times in attempts to correct the exhibited defects and to conform the automobile to the applicable express warranties.

51. Accordingly, the automobile was not serviced and/or repaired so as to conform the automobile to the applicable warranties within thirty (30) calendar days.

52. Additionally, the automobile was and/or will be out of service by reason of repair of nonconformities for more than 30 calendar days since delivery.

53. Plaintiff gave notice of the nonconformity(ies) and a final opportunity to repair the automobile to Defendants in writing before the expiration of the Warranty and within the warranty period after the date of the automobile's delivery to Plaintiff prior to filing this lawsuit.

54. Defendants had actual and/or constructive notice that the automobile was prone to the nonconformities complained of by Plaintiff by way of their own Technical Service Bulletins ("TSB") and other nationally distributed warnings which demonstrates the vehicles of the make and model of the automobile suffered from such non-conformities.

55. After the unsuccessful attempts at repair, Plaintiff demanded that Defendants replace the automobile in accordance with Civil Code Section 1793.2(d)(2)(A) or make restitution to Plaintiff in accordance with Civil Code Section 1793.2(d)(2)(B).

56. Further, by way of this complaint, Plaintiff demands that Defendants replace the automobile in accordance with Civil Code Section 1793.2(d)(2)(A) or make restitution to Plaintiff in accordance with Civil Code Section 1793.2(d)(2)(B).

57. As of the date of this complaint, Defendants have failed and refused, and continue to fail and refuse, to replace the automobile or make restitution.

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

58. As a result of such refusal, Plaintiff has been damaged in an amount excess of $35,000.00, with the full amount to be established at trial.

59. Plaintiff is entitled to civil penalties in an amount in excess of $70,000.00.

60. As a further proximate result of Defendants' failure to comply with its obligations to Plaintiff, Plaintiff incurred expenses renting a temporary replacement vehicle due to Plaintiff's inability to benefit from the automobile.

61. As a further proximate result of Defendants' failure to comply with their obligations to Plaintiff, Plaintiff has been required to incur costs and attorney's fees at a court-approved rate of $705.00 an hour.

## IV. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### VIOLATION OF LEMON LAW

(Against Defendant HMA and DOES 1 Through 100)

62. Plaintiff repeats and realleges the foregoing allegations as if fully set forth herein.

63. The Lemon Law expressly prohibits any waiver or limitation of a consumer's rights.

64. Under the Lemon Law, a person who incurs an injury or damages as the proximate result of a violation of the provisions of the Lemon Law may commence an action in a court of competent jurisdiction for the recovery of his or her actual damages, costs and reasonable attorney's fees and for any civil penalties and/or punitive damages that the facts may warrant.

65. HMA is the warrantor of the automobile's express warranty.

66. Pursuant to the automobile's express warranties, HMA undertook to preserve or maintain the utility or performance of the automobile or provide compensation if there was a failure in such utility or performance.

67. During the warranty period, Plaintiff presented the automobile for warranty repairs on at least three (3) occasions for the same substantial defects and/or non-conformities that substantially impaired the automobile's use, safety, and/or value.

68. However, HMA has failed to effectively repair such defects and/or non-conformities after a reasonable number of attempts and after more than 30 days.

69. HOG, HMA's authorized repair facility, was/is/will be unable to conform the automobile to the applicable express warranties after a reasonable number of attempts and after more than 30 days.

70. As a result of the ineffective repair attempts made by HMA through its authorized dealers and/or repair facilities, the automobile is rendered substantially impaired, unable to be utilized for its intended purposes, and is worth less to Plaintiff and all consumers.

71. Accordingly, the defects and nonconformities continue to substantially impair the use, value and/or safety of the automobile.

72. Under the Lemon Law, the automobile is a "consumer good" leased and/or purchased primarily for family or household purposes and Plaintiff has used the automobile primarily for those purposes.

73. Plaintiff is a "buyer" of consumer goods under the Lemon Law.

74. The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period.

75. Due to HMA's failure to remedy the defects as alleged above, or to issue a refund or replacement, HMA is in breach of its obligations under the Lemon Law.

76. Further, Plaintiff avers that HMA is in violation of the Magnuson-Moss Warranty Act because HMA does not maintain an informal dispute settlement program as required under the Lemon Law, which is in fact a state statutory warranty rights law.

77. Plaintiff is entitled to justifiably revoke acceptance of the automobile under the Lemon Law.

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

78. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the automobile and has rightfully rescinded the lease contract and to restitution of all money paid towards the lease contract.

79. By way of this Complaint also, Plaintiff hereby again rejects and revokes acceptance of the automobile.

80. Under the Lemon Law, Plaintiff is entitled to reimbursement of all payments made towards the automobile.

81. Plaintiff is entitled to damages resulting from HMA's failure to comply with its obligations under the Lemon Law.

82. Plaintiff is entitled under the Lemon Law to recover as part of the judgment a sum equal to the aggregate amount of costs and litigation-related expenses, including all attorney's fees reasonably incurred in connection with the commencement and prosecution of this action.

83. Plaintiff is entitled, in addition to the other amounts recovered, to a civil penalty of up to two times the amount of actual damages because HMA willfully failed to comply with its responsibilities under the Lemon Law.

## SECOND CAUSE OF ACTION

## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

(Against All Defendants and DOES 1 Through 100)

84. Plaintiff repeats and realleges the foregoing allegations as if fully set forth herein.

85. Plaintiff's lease and attempted repairs of the automobile was accompanied by Defendants' implied warranty of merchantability.

86. The implied warranty of merchantability means and includes that the goods will comply with each of the following requirements: (1) they would pass without objection in the trade under the contract description; (2) they are fit for the ordinary purposes for which such goods are used; (3) they are adequately contained, packaged, and labeled; and (4) they conform to the promises or affirmations of fact made on the container or label.

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

87. Because the automobile was sold to Plaintiff with a defect and/or defects that manifested itself/themselves within the period of the implied warranty and which substantially reduces the automobile's safety and performance, the automobile (1) would not pass without objection in the trade under the contract description, (2) was and is not fit for the ordinary purposes for which such goods are used, (3) was not adequately contained, packaged, and labeled, and (4) did not conform to the promises or affirmations of fact made on the container or label.

88. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the automobile and has rightfully rescinded the lease contract and to restitution of all money paid towards the lease contract.

89. By way of this Complaint also, Plaintiff hereby again rejects and revokes acceptance of the automobile.

90. Plaintiff has been proximately damaged by Defendants' violations of applicable law, including their failure to comply with its obligations under the implied warranty of merchantability.

91. Plaintiff is entitled to the remedies provided by the Lemon Law, including the recovery of reasonably incurred attorneys' fees, costs, and expenses.

92. Plaintiff is entitled to automatic civil penalties without a showing of willfulness because HMA does not maintain a State Certified Arbitration program or an informal dispute settlement program or an informal dispute settlement procedure which complies with the provisions of 16 CFR Pt. 703.

**THIRD CAUSE OF ACTION**

**NEGLIGENCE**

(Against All Defendants and DOES 1 Through 100)

93. Plaintiff repeats and realleges the foregoing allegations as if fully set forth herein.

94. At all times mentioned herein, Defendants were respectively engaged in the business of designing, manufacturing, testing, distributing, selling, inspecting, repairing,

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

marketing, constructing, labeling, servicing, and/or advertising of HMA vehicles, including the automobile.

95. At all times mentioned herein, Defendants and DOES 1-100 had a duty of care in the designing, manufacturing, testing, distributing, selling, inspecting, repairing, marketing, constructing, labeling, servicing, and/or advertising of HMA vehicles (as applicable), including the automobile.

96. At all times herein mentioned, Defendants and DOES 1-100 had a duty to warn all users of their vehicles of the attendant risks of harm, said risks of harm being at all times known and/or foreseeable to Defendants.

97. At all times herein mentioned, Defendants and DOES 1-100 knew, or in the exercise of reasonable care should have known, that if the automobile was not properly designed, manufactured, tested, distributed, sold, inspected, repaired, marketed, constructed, repaired, and/or labeled, for the use and purpose for which the automobile was intended, the automobile was likely to cause injuries to owners, passengers, and users of the automobile.

98. On all dates where the automobile was serviced, Plaintiff asked Defendants whether or not the automobile was in a safe and operable condition; Plaintiff asked Defendants if there had been any previous problems with the automobile; Plaintiff asked Defendants about the automobile’s history and stressed the need for a problem-free and stress-free vehicle; in turn, Defendants represented to Plaintiff that Plaintiff would have a problem-free experience and would not have to deal with any further repairs or problems; Defendants represented to Plaintiff that all components were operating as designed, operating properly and that Plaintiff would be “*completely satisfied*” with the automobile.

99. At a time prior to the sale of the automobiles, Defendants intentionally and with conscious disregard to Plaintiff’s safety and rights misrepresented the history of the automobile to hide the fact that the vehicle was defective and unsafe when used and operated in the manner for which it was intended.

100. The automobile’s defects existed at the time it left the control of Defendants.

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

101. As set forth above, since purchasing the automobile, Plaintiff has delivered the automobile for repair to HMA and/or HMA's authorized repair facilities, including HOG, to repair nonconformities to warranty, including, but not limited to defects which have manifested in the automobile.

102. As stated above, HOG is HMA's authorized and actual agent(s) regarding repairs and maintenance of the automobile.

103. Defendants owed a duty of care to Plaintiff to exercise reasonable care in performing the repairs described above.

104. Defendants failed to exercise reasonable care in performing the repairs described above.

105. Plaintiff has suffered damages resulting from Defendants' failure to exercise reasonable care in performing the repairs described above.

106. Such damages include, but are not limited to, incidental, consequential, and general damages actually incurred by Plaintiff.

107. As a direct and legal result of the automobile's defect(s) and Defendants' failure to repair same, Plaintiff was injured, the risk of which was at all times known and foreseeable to Defendants and DOES 1-100.

108. Plaintiff sustained personal injuries as a result of the defects.

109. Accordingly, Plaintiff is entitled to general damages, in an amount to be proven at trial, for Plaintiff's personal injuries, pain and suffering, mental suffering, medical expenses, property damage, lost earnings, and lost earning capacity.

**FOURTH CAUSE OF ACTION**

**MISREPRESENTATION**

(Against all Defendants and DOES 1 Through 100)

110. Plaintiff repeats and realleges the foregoing allegations as if fully set forth herein.

111. Defendants represented to Plaintiff that the automobile was safe to drive.

בס"ד

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

112. Defendants represented to Plaintiff after each service attempt that the automobile was serviced properly and that there would be no further problems with the automobile.

113. Defendants represented to Plaintiff that the automobile did not qualify for repurchase.

114. Defendants represented to Plaintiff that the automobile was not subject to repurchase under the Lemon Law.

115. Defendants represented to Plaintiff that a fact was true.

116. The representations made by Defendants were false.

117. Defendants knew that the representations were false when they made them, or Defendants made the representation recklessly and without regard for its truth.

118. Defendants intended that Plaintiff would rely on the representations.

119. Plaintiff reasonably relied on the representations made by Defendants.

120. Plaintiff was harmed as a direct result thereof.

121. Plaintiff's reliance on the representation made by Defendants was a substantial factor in causing such harm.

122. Plaintiff's damages include, but are not limited to, incidental, consequential, and general damages actually incurred by Plaintiff.

123. As a direct and legal result of the Defendants' misrepresentations concerning the automobile, Plaintiff was injured, the risk of which was at all times known and foreseeable to Defendants.

124. Accordingly, Plaintiff is entitled to general damages, in an amount to be proven at trial, for Plaintiff's injuries, pain and suffering, mental suffering, medical expenses, property damage, lost earnings, and lost earning capacity.

///

///

///

///

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

## FIFTH CAUSE OF ACTION

## VIOLATION OF MAGNUSON-MOSS FEDERAL TRADE COMMISSION IMPROVEMENT ACT

(Against HMA)

125. Plaintiff repeats and realleges the foregoing allegations as if fully set forth herein.

126. Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301(3).

127. HMA is a "Warrantor" as defined by 15 U.S.C. §2301(5).

128. The Magnuson-Moss Warranty Act enhances state law warranty rights as to representations made to consumers and performance under a warranty or warranty implied-by law.

129. While the applicable warranties were in effect, the automobile contained and/or manifested nonconformities, which were subject to repair a reasonable number of times, but which still exist.

130. HMA's failure to properly repair the automobile and conform the automobile to the terms of the applicable warranties is in violation of the Magnuson-Moss Warranty Act.

131. Plaintiff also avers by the terms of the express written warranties and those implied by law, referred to in this Complaint, HMA's failure to allow Plaintiff to select a "first resort" arbitration program that complies with the Federal Trade Commission regulations (16 CFR Part 703), was a per se breach of warranty.

132. The Magnuson-Moss Warranty Act, Section §2310(d)(I) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgement a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be inappropriate.

133. In any case, Plaintiff avers that HMA refused to participate in any qualifying pre-litigation informal dispute settlement program prior to the filing of this lawsuit.

134. As a direct and proximate result of HMA's conduct, Plaintiff suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), Plaintiff is entitled to bring suit for damages and other legal and equitable relief.

WHEREFORE, Plaintiff prays for judgment as follows:

a. For general damages, or such other amount as proven at trial;

b. For punitive damages in a sum as proven at trial;

c. For actual damages in a sum as proven at trial;

d. For rescission of the automobile's purchase and/or lease contract and restitution of all monies expended by Plaintiff towards such contract;

e. For a civil penalty under the Lemon Law equal to twice Plaintiff's general damages;

f. For a civil penalty of two times the amount of actual damages;

g. For prejudgment interest at the legal rate;

h. For reasonable attorney's fees at the rate of $705 per hour;

i. For costs of suit herein incurred; and

j. For such other and further relief as the court may deem proper.

## V. **Jury Trial Demand**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: July 21, 2025

THE LAW OFFICES OF NATAN DAVOODI

By: ______________________________

Natan Davoodi, Esq.
Attorney for Plaintiff

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

בס"ד

# EXHIBIT A

HYUNDAI FINANCE

# California Motor Vehicle Lease Agreement

Lease Date: 09/22/2022

Call us toll-free at (800) 523-4030

## 1. PARTIES AND VEHICLE DESCRIPTIONS

**LESSEE:**

Lessee: MOLLY T KWIATKOWSKI

Billing Address: [redacted]
Address

[redacted]
City State County Zip

**CO-LESSEE:**

Co-Lessee: N/A

Address: ☐ Check box if same as Lessee

N/A
Address

N/A (City) N/A (State) N/A (County) N/A (Zip)

**LEASED VEHICLE:**

☒ New ☐ Used

2023 (Year) HYUNDAI (Make) KONA ELECTRIC (Model)

35 (Odometer) KM8K23AG2PU159648 (VIN)

☐ If checked, the Vehicle's primary intended use is for a Business, Commercial or Agricultural purpose.

**LESSOR (Dealer):**

Dealer: NORM REEVES HYUNDAI SUPERSTORE

Address: 10901 183RD STREET
Street Address

CERRITOS (City) CA (State) LOS ANGELES (County) 90703 (Zip)

**GARAGING ADDRESS:**

☒ Check box if same as Lessee's Billing Address

☐ Check box if same as Co-Lessee's Address

[redacted]
City State County Zip

**DESCRIPTION OF TRADE-IN VEHICLE**

2011 (Year) SUBARU (Make) IMPREZA WAGON (Model)

Gross Agreed Upon Trade-in Allowance ........................$ 4,000.00

Outstanding Prior Credit or Lease Balance (To Be Paid by Dealer/Lessor) ........................$ N/A

Net Trade-in Allowance (if less than 0, then enter 0)........$ 4,000.00

**Lessee and Co-Lessee ("you," "your" and together the "Lessee") each agree to lease the Leased Vehicle described above, including all equipment, parts and accessories (the "Vehicle") from Lessor ("we," "us" and "our") according to the terms and conditions of this Motor Vehicle Lease Agreement ("Lease"). Each of you who executes this Lease will be individually liable to us for all Lease obligations and the entire amount owing under this Lease. After you sign this Lease, we will assign it to Hyundai Lease Titling Trust ("HLTT") and the terms "Assignee," "we," "us" and "our" will refer to HLTT and its agents or to any subsequent assignee.**

## FEDERAL CONSUMER LEASING ACT DISCLOSURES

**2. AMOUNT DUE AT LEASE SIGNING OR DELIVERY** (Itemized below)*

$ 8,000.00

**3. MONTHLY PAYMENTS**

A. Your first Monthly Payment of $ 488.27 is due on 09/22/2022 followed by 35 payments of $ 488.27 due on the 22ND of each month, beginning on 10/22/2022

B. The Total of your Monthly Payments is $ 17,577.72

**4. OTHER CHARGES** (Not part of your Monthly Payment)

A. **Turn-in Fee** (if you do not purchase the Vehicle) ....$ 400.00

B. N/A ........$ N/A

C. Total ........................$ 400.00

**5. TOTAL OF PAYMENTS**

(The amount you will have paid by the end of the Lease)

$ 25,489.45

## 6. *ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING OR DELIVERY

**A. Amount Due at Lease Signing or Delivery:**

| | | |
|---|---|---|
| (1) | Capitalized Cost Reduction | $ 6,247.17 |
| (2) | Tax on Capitalized Cost Reduction | $ 593.48 |
| (3) | First Monthly Payment | $ 488.27 |
| (4) | Refundable Security Deposit | $ N/A |
| (5) | Acquisition Fee | $ N/A |
| (6) | Initial License, Title and Registration Fees | $ 540.00 |
| (7) | Sales/Use Tax | $ 8.08 |
| (8) | Document Processing Fee (Not a Gov't. Fee) | $ 85.00 |
| (9) | California Tire Fees | $ 7.00 |
| (10) | Electronic Registration Fee (Not a Gov't. Fee) | $ 31.00 |
| (11) | N/A | $ N/A |
| (12) | N/A | $ N/A |
| (13) | N/A | $ N/A |
| (14) | TOTAL | $ 8,000.00 |

**B. How the Amount Due at Lease Signing or Delivery will Be Paid:**

| | | |
|---|---|---|
| (1) | Net Trade-in Allowance | $ 4,000.00 |
| (2) | Rebates and Noncash Credits | $ 1,500.00 |
| (3) | Amount to Be Paid in Cash | $ 2,500.00 |
| (4) | N/A | $ N/A |
| (5) | TOTAL | $ 8,000.00 |

Customer Copy

This is not the Authoritative Copy.

[redacted]

## 7. YOUR MONTHLY PAYMENT IS DETERMINED AS SHOWN BELOW

| | | | |
|---|---|---|---|
| A. | **Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ 37,225.00 ) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance) | | $ 41,599.00 |
| B. | **Capitalized Cost Reduction.** The amount of any Net Trade-in Allowance, Rebate, Noncash Credit, or Cash you pay that reduces the Gross Capitalized Cost | – | $ 6,247.17 |
| C. | **Adjusted Capitalized Cost.** The amount used in calculating your Base Monthly Payment | = | $ 35,351.83 |
| D. | **Residual Value.** The value of the Vehicle at the end of the Lease used in calculating your Base Monthly Payment | – | $ 23,221.25 |
| E. | **Depreciation and any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term | = | $ 12,130.58 |
| F. | **Rent Charge.** The amount charged in addition to the Depreciation and any Amortized Amounts | + | $ 3,922.18 |
| G. | **Total of Base Monthly Payments.** The Depreciation and any Amortized Amounts plus the Rent Charge | = | $ 16,052.76 |
| H. | **Lease Payments.** The number of payments in your Lease | ÷ | 36 |
| I. | **Base Monthly Payment** | = | $ 445.91 |
| J. | **Monthly Sales/Use Tax** | + | $ 42.36 |
| K. | **Other (specify):** N/A | + | $ N/A |
| L. | **Total Monthly Payment** | = | $ 488.27 |

**EARLY TERMINATION. You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.**

## 8. EXCESS WEAR AND USE

You may be charged for excess wear based on our standards for normal use and for mileage in excess of 10,000 miles per year (prorated based on the number of months in the Lease Term) at the rate of 20 ¢ per mile. No rebate or credit will be paid to you if the mileage is less than the specified amount.

☐ If this box is checked, you have purchased an additional N/A miles per year (prorated based on the number of months in the Lease Term), at 15¢ per mile, which is included in your Monthly Payment. No rebate or credit will be paid to you if the end of term mileage is less than the specified amount.

Customer Copy

## 9. PURCHASE OPTION AT END OF LEASE TERM

You have an option to purchase the Vehicle from us at the scheduled end of the Lease Term, **AS IS, WHERE IS,** from us or a party we designate, (See Section 23), for the Residual Value on line 7D above ("Purchase Price") plus a **Purchase Option Fee of $** 300.00. You are also responsible for any official fees, such as those for taxes, tags, license and registration. *Please see Section 23 of this Lease for additional terms and conditions.*

## 10. OTHER IMPORTANT TERMS

See the entirety of this Lease (8 pages total) for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

This is not the Authoritative Copy.

## 11. ITEMIZATION OF GROSS CAPITALIZED COST

| | | |
|---|---|---|
| A. | Agreed Upon Value of Vehicle as equipped at the time of Lease signing | $ 37,225.00 |
| B. | Accessories and optional equipment Lessor agrees to add to the Vehicle after Lease signing | $ N/A |
| | (1) N/A | + $ N/A |
| | (2) N/A | + $ N/A |
| | (3) N/A | + $ N/A |
| | (4) N/A | + $ N/A |
| C. | Total Agreed Upon Value of Vehicle | $ 37,225.00 |
| D. | Taxes | $ N/A |
| E. | Initial Vehicle Title, License and Registration Fees | $ N/A |
| F. | Document Processing Fee (Not a Gov't. Fee) | $ N/A |
| G. | Outstanding Prior Credit or Lease Balance on Trade-in Vehicle (if paid by Lessor) | $ N/A |
| H. | Electronic Registration Fee (Not a Gov't. Fee) | $ N/A |
| I. | California Tire Fees | $ N/A |
| J. | Acquisition Fee | $ 650.00 |
| K. | Other (describe) APPEARANCE PROTECTION | $ 1,143.00 |
| L. | Other (describe) ETCH | $ 627.00 |
| M. | Other (describe) THEFT PROTECTION | $ 1,954.00 |
| N. | Other (describe) N/A | $ N/A |
| O. | Other (describe) N/A | $ N/A |
| P. | **Total = Gross Capitalized Cost** | $ 41,599.00 |

Copy

## 12. TERM AND SCHEDULED MATURITY DATE

The Lease Term is 36 months ("Lease Term").
Scheduled Maturity Date: 09/22/2025.

*[This area intentionally left blank.]*



[redacted]

## 13. OPTIONAL INSURANCE AND OTHER PRODUCTS

**You do not have to purchase any optional protection products or services listed below to enter into this Lease, and they are not a factor in our credit decision to lease the Vehicle to you.** If you have initialed below, it means you want the described product/service and have reviewed the separate contract for the product/service(s) which describes its terms and conditions. Coverage under any of the product(s)/service(s) you have purchased itemized below may be subject to approval by the provider of such product(s)/service(s). If the price of any products and/or services (whether defined below or otherwise) you purchased at the time of entering into this Lease is not set forth in the Itemization of Gross Capitalized Cost section on Page 2, you will pay for them upon Lease signing or delivery. We may receive a portion of the price of any optional products or services you buy.

| Selected | Other: Product Description | Premium/Price | Provider | Term (in Months or Years) | Initials: Lessee | Initials: Co-Lessee |
|---|---|---|---|---|---|---|
| ☒ | APPEARANCE PROTECTION | $ 1,143.00 | ETHOS | 60 | MK | N/A |
| ☒ | ETCH | $ 627.00 | ETHOS | 60 | MK | N/A |
| ☒ | THEFT PROTECTION | $ 1,954.00 | EYHOS | 60 | MK | N/A |
| ☐ | N/A | $ N/A | N/A | N/A | N/A | N/A |
| ☐ | N/A | $ N/A | N/A | N/A | N/A | N/A |
| ☐ | N/A | $ N/A | N/A | N/A | N/A | N/A |
| ☐ | N/A | $ N/A | N/A | N/A | N/A | N/A |
| ☐ | N/A | $ N/A | N/A | N/A | N/A | N/A |

Customer

## 14. ESTIMATED OFFICIAL FEES AND TAXES

The total estimated amount you will pay for official and license fees, registration, title and taxes (including personal property taxes) over the Lease Term, whether included with your Monthly Payment or assessed otherwise, is $ 4,488.52. The actual total of fees and taxes may be higher or lower than this estimate depending on the tax rates in effect or the value of the Vehicle at the time a fee or tax is assessed.

This is not the Authoritative Copy.

## 15. WARRANTIES

If the Vehicle is new, the Vehicle is covered by the manufacturer's standard new car warranty. If the Vehicle is not new, there is no express warranty on the Vehicle unless indicated below:

☐ Used vehicle limited warranty provided by the manufacturer.

☐ Remainder of standard new vehicle limited warranty provided by the manufacturer.

**LESSOR LEASES THE VEHICLE TO YOU "AS IS." EXCEPT AS PROVIDED IN THIS LEASE (AND UNLESS PROHIBITED BY LAW), WE MAKE NO EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS AS TO THE VEHICLE'S (OR ANY OF ITS PARTS OR ACCESSORIES) CONDITION, MERCHANTABILITY, SUITABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AND WE MAKE NO OTHER REPRESENTATIONS OR WARRANTIES WHATSOEVER.**

Copy

## 16. INSURANCE VERIFICATION

You must maintain the insurance coverage described in <u>Section 20A</u> of this Lease. You affirm that the following insurance coverage is in force as of the Lease Date:

[redacted]

**Hyundai Lease Titling Trust**
**PO Box 20809**
**Fountain Valley, CA 92728-0809**

## 17. LEASE MODIFICATIONS

Any change to this Lease must be in a writing signed by us and you, except that (a) we may agree to requests for extensions, deferrals and due date changes (if offered by us) by phone and confirmed by us in writing, unless the law requires a signed written agreement, and (b) we may, in our sole discretion, modify any term(s) of this Lease without your signature upon written notice to you of the modified term(s), if the modified term(s) are at least as favorable to you as the existing terms of this Lease. Your failure to object within 10 days after we send you a modification notice shall be deemed your consent to the modified term(s). No other oral changes are binding.

Lessee Signature X [redacted]

**This box is for trade-in, turn-in and other individualized agreements between Lessor (Dealer) and Lessee. If none, enter "None" or "N/A." Assignee is not obligated for agreements disclosed here.**

THIS LEASE IS SUBJECT TO ASSIGNEE APPROVAL WITHIN TEN DAYS OF EXECUTION. OTHERWISE, THE LEASE SHALL BE VOID AND THE LESSEE SHALL RETURN THE VEHICLE ON DEMAND.

## 18. NOTICES AND SIGNATURES

**BY SIGNING BELOW, YOU AGREE THAT HYUNDAI MOTOR FINANCE MAY OBTAIN ONE OR MORE CREDIT REPORTS OR OTHER CONSUMER REPORTS ABOUT YOU FOR USE IN CONNECTION WITH ATTEMPTING TO COLLECT AMOUNTS OWED UNDER THIS LEASE, ENFORCING THIS LEASE OR SELECTING YOU TO RECEIVE MARKETING SOLICITATIONS FOR FUTURE RETAIL FINANCING OR LEASE PROGRAMS.**

**You have the right to return the Vehicle, and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by you.**

**(1) Do not sign this Lease before you read it or if it contains any blank spaces to be filled in; (2) You are entitled to a completely filled in copy of this Lease; (3) WARNING – Unless a charge is included in this Lease for public liability or property damage insurance, payment for that coverage is not provided by this Lease.**

**THERE IS NO COOLING OFF PERIOD**

**California law does not provide for a "cooling off" or other cancellation period for vehicle leases. Therefore, you cannot later cancel this Lease simply because you change your mind, decided the Vehicle costs too much, or wish you had acquired a different vehicle. You may cancel this Lease only with the agreement of the Lessor or for legal cause, such as fraud.**

**By signing below, you acknowledge that: (1) you have read the entire Lease, (2) you agree to all of the terms of this Lease, and (3) this is a lease and you have no ownership rights in the Vehicle unless and until you exercise your option to purchase the Vehicle set forth in this Lease.**

**By signing below, you acknowledge that you have received a completely filled-in copy of this Lease**

Customer Copy

**A. INDIVIDUAL LESSEE SIGNATURE(S)**

Lessee Signature: [redacted]
Name: MOLLY T KWIATKOWSKI

Co-Lessee Signature: X N/A
Name: N/A

**B. BUSINESS LESSEE SIGNATURE**

Printed Legal Business Name: N/A
by (Authorized Signature): X N/A

Name (Printed Name of Authorized Signer): N/A
Title (Title of Authorized Signer): N/A

**C. LESSOR SIGNATURE AND ASSIGNMENT.** The authorized signature of the Lessor below has the effect of: (1) accepting the terms and conditions of this Lease; (2) acknowledging verification of the Lessee's insurance coverage required by this Lease; and (3) assigning to **Hyundai Lease Titling Trust**, P.O. Box 20829, Fountain Valley, CA 92728-0829 or its successors and assigns all of its right, title and interest in and to this Lease, the proceeds of this Lease and the Vehicle, according to the terms and conditions of the Dealer Lease Sale Agreement between Hyundai Capital America and the Lessor.

Authorized Signature: X [signature]

Name (Not Dealership Name): Gerardo Dorantes
Title: F&I Mgr

**AutoPay Authorization**

I authorize Hyundai Capital America dba Hyundai Motor Finance ("HMF") to initiate monthly Automated Clearing House (ACH) debit entries (and, if necessary, other debit or credit entries to correct errors) to the deposit account listed below (the "Account") on the payment due date specified in my motor vehicle lease (the "Lease"), each in the amount of the monthly payment specified in the Lease plus any applicable sales, use, rental or other taxes and any other charges due under the Lease and reflected on the most recent monthly statement. I agree that I will remain responsible for arranging payments due under the Lease until HMF confirms that it has initiated AutoPay, which may take up to two billing cycles. This authorization shall remain in effect, and HMF will continue to charge my Account, until I revoke my authorization by calling HMF's Customer Service Department at (800) 523-4030 at least 3 business days prior to the next scheduled payment due date to avoid further charges. I understand that when I revoke this authorization I will be responsible for scheduling and making all subsequent payments to HMF when due under the Lease. In addition, if funds are not available when HMF attempts to charge my Account, I will be responsible for arranging alternative payment to HMF and agree to pay HMF any late charges due under the Lease as well as any returned check, processing or insufficient funds fees as set forth in the Lease. Except to the extent imposed by applicable law, HMF shall have no liability to me with respect to a debit against the Account which is drawn in an incorrect amount or drawn after I have revoked authorization for AutoPay, other than the responsibility to correct any error. I represent to HMF that I am the holder of the Account or am authorized to make payments from the Account. I acknowledge that I received a copy of this authorization for my records.

Bank Name: N/A
Name of Account Holder 1: MOLLY T KWIATKOWSKI — Date: N/A
Name of Account Holder 2: N/A — Date: N/A

Bank Account Number: N/A

Bank Routing Number (9 digits): N/A
Signature of Account Holder 1: N/A — N/A
Signature of Account Holder 2: N/A — N/A

Account Type (Checking, Savings or Money Market): N/A
Account Holder Email Address: N/A
☐ Attached is a copy of a cancelled check

**By signing this Lease, you agree that you have read all 8 pages of this entire Lease. See additional pages for additional lease terms.**

This is not the Authoritative Copy.

EG ASSURANCE

# Appearance Care

## Limited Warranty Registration

### Customer

| CUSTOMER'S NAME | CO-CUSTOMER'S NAME | WARRANTY NUMBER |
|---|---|---|
| MOLLY KWIATKOWSKI | | 5007-402575 |

[redacted]

| STATE | ZIP |
|---|---|
| CA | [redacted] |

### Seller

| NAME | PHONE NUMBER | SELLER ID NUMBER |
|---|---|---|
| NORM REEVES HYUNDAI SUPERSTORE CERRITOS | | |

| STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 10901 183 STREET | CERRITOS | CA | 90703 |

### Vehicle

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2023 | HYUNDAI | KONA | KM8K23AG2PU159648 |

| CLASS | VEHICLE PURCHASE DATE | OFFICE USE ONLY | CURRENT ODOMETER | VEHICLE PURCHASE PRICE |
|---|---|---|---|---|
| | 09/22/2022 | ECG3 | 35 | $37225.00 |

| STOCK NUMBER | DEAL NUMBER | PRODUCER ID | APPLIED DATE | OFFICE USE ONLY |
|---|---|---|---|---|
| PU159648 | 321437 | | 09/22/2022 | TI |

| LIENHOLDER | LIENHOLDER ADDRESS |
|---|---|
| HYUNDAI LSE TTLG TRST | P.O. BOX 105299 ATLANTA GA 30348 |

### Protection

| PROTECTION PLAN (SELECT ONLY ONE) | COMPLIMENTARY PROTECTION ☐ | PREMIER PROTECTION ☑ | | *Complimentary Plan included, not added. |
|---|---|---|---|---|
| PLAN TERM | 12 months from Purchase Date | PLAN TERM | 60 months from Purchase Date | |
| PRICE | Complimentary | PRICE | $1143.00 | |
| PROTECTION PRODUCTS | • **Standard Paint** Protector<br>• **Standard Glass** Protector | PROTECTION PRODUCTS | ☑ **Enhanced Paint** Protector | ☑ **Interior** Protector ☑ **Enhanced Glass** Protector |

***Protection Plan Selection. If the Premier Protection is selected, then the Plan includes the complimentary services and term offered under the Complimentary Protection. The Complimentary Protection term and services are not added to the Premier Protection. If both the Complimentary Protection and the Premier Protection are both selected, only the Premier Protection applies.**

This Limited Warranty Registration ("Warranty") gives you specific legal rights and you may also have others which vary from state to state. Ethos Group, Inc. ("Warrantor") does not authorize any person to create for Warrantor any other obligation or liability in connection with the Protection Products.

**ANY IMPLIED LIMITED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE TO THE APPEARANCE CARE IS LIMITED IN DURATION TO THIS WRITTEN LIMITED WARRANTY. PERFORMANCE OF REPAIRS IS THE EXCLUSIVE REMEDY UNDER THIS WRITTEN LIMITED WARRANTY OR ANY IMPLIED LIMITED WARRANTY. WARRANTOR SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM BREACH OF THIS WRITTEN LIMITED WARRANTY OR ANY IMPLIED LIMITED WARRANTY.**

Some states do not allow limitations of how long an implied limited warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This Warranty is granted for the sole benefit of the original owner and such transfer as permitted within this Warranty. This Warranty does not cover any economic loss or extra expense, including (without limitation), payment for the loss of time or pay, inconvenience, storage, loss of vehicle use, lodging, meals or other travel costs. Note: Any repair undertaken without written authorization of Warrantor will not be reimbursed.

ETHOS GROUP, INC. ("WARRANTOR"), PROVIDES THIS APPEARANCE CARE LIMITED WARRANTY REGISTRATION ("WARRANTY") FOR INTERIOR AND/OR EXTERIOR SURFACES TREATED WITH PROTECTION PRODUCTS FOR THE PROTECTION PLAN INDICATED ABOVE. THE WARRANTY IS SUBJECT TO ALL TERMS AND CONDITIONS SET FORTH IN THIS DOCUMENT.

By signing below, I acknowledge that I have read this Warranty completely, understand the terms and conditions and my obligations under the Warranty, and have received a [redacted]

| [redacted] | 09/22/2022 | [signature] |
|---|---|---|
| Customer's Signature | Plan Purchase Date | Seller Representative's Signature |

**Customer Service: 855-342-4970 | Claims: 855-342-0323**

**The Warrantor of this Warranty is: Ethos Group, Inc., P.O. Box 140249, Irving, Texas 75014-0249 | www.egassurance.com**

CHM-2012-CP-RS Copy 1: Warrantor, Copy 2: Seller, Copy 3: Lienholder, Copy 4: Customer © 2020 Ethos Group, Inc.

# Memorandum Invoice

## HYUNDAI MOTOR AMERICA

**WESTERN REGION 10550 TALBERT AVENUE FOUNTAIN VALLEY CA 92728**

DEALER NAME AND ADDRESS
**CA323**
**NORM REEVES HYU SUPERSTORE**
**CERRITOS**
**10901 183RD STREET**

SHIPPED TO
**CA323**
**NORM REEVES HYU SUPERSTORE**
**CERRITOS**
**10901 183RD STREET**

| INVOICE DATE | INVOICE NO |
|---|---|
| 09/20/2022 | WE08402299 |
| PORT OF ENTRY | |
| PORT HUENEME | |

**Special Instructions :**

| YEAR | MODEL | ACCESSORY | VIN NUMBER | TRANSMISSION | ENGINE NO. |
|---|---|---|---|---|---|
| 2023 | Q04R2FEZ | 01 | KM8K23AG2PU159648 | AUTO | EM16N6R119CS |

| MODEL DESCRIPTION | CYLINDER | KEY NO. |
|---|---|---|
| KONA ELECTRIC SE | 0 | H1492 |

| COLOR CODE | COLOR DESCRIPTION | SEAT COLOR |
|---|---|---|
| R31 TRY | GALACTIC GRAY W/ BLACK ROOF / BLACK | BLACK |

**This vehicle meets emissions requirements in all 50 states and is a CARB certified Zero Emission Vehicle (ZEV)**

| | MSRP | DEALER COST |
|---|---|---|
| **ADDED FEATURES :** | $33,550 | $32,692 |
| *GALACTIC GRAY W/ BLACK ROOF(R3 Paint | $400 | $382 |
| *Carpeted Floor Mats | $195 | $156 |
| *Cargo Tray | $115 | $92 |
| *First Aid Kit | $30 | $24 |
| *Rear Bumper Appliqué | $75 | $60 |
| *Wheel Locks | $65 | $52 |

**HB689 **FA689

| | MSRP | DEALER COST |
|---|---|---|
| Total Factory Inst. Equip | $880 | $766 |
| Vehicle Price | $34,430 | $33,458 |
| Other Charges | | |
| Advertising | | $513 |
| Inland Freight & Handling | $1,295 | $1,295 |
| **Total Price** | **$35,725** | **$35,266** |

**ATTENTION:**

DEALER/FINANCING BANK - FOR REFERENCE PURPOSES, PLEASE REFER TO ACH/DTC

MEMORANDUM INFORMATION ONLY
THIS DOCUMENT DOES NOT TRANSFER TITLE

* Due To The Extensive List of Standard Equipment For This Series Please Refer To The Hyundai Monroney Label of This Vehicle.
Memorandum Information Only.
This Document Does Not Transfer Title.

בס"ד

# EXHIBIT B

USA

HYUNDAI

# 2023 Owner's Handbook & Warranty Information

**IMPORTANT:**
Retain this Owner's Handbook in your glovebox for reference relative to Consumer and Warranty information.

**OWNER INFORMATION CHANGES:**
* If you change your address or if you are the second or subsequent owner of your HYUNDAI, please complete the Owner Information Change Card in the front of this handbook.

Warranty Start Date: ______________________

**FOR YOUR CONVENIENCE:**

Your Salesperson is: ______________ Tel. ______________

Your Service Manager is: ______________ Tel. ______________

Your Parts Manager is: ______________ Tel. ______________

**SPEEDOMETER REPLACEMENT:**

Speedometer replaced on ________ with ________ miles on the odometer. (Date)

Dealer Code: ________ Name: ________

HYUNDAI Dealer Signature: ______________

**OWNER INFORMATION CHANGE CARD**

If you have changed your address or if you are the second or subsequent owner of your Hyundai, please notify us immediately by completing and mailing this owner information change card to:

Hyundai Customer Care
P.O Box 20850
Fountain Valley, CA 92728

Check one: ☐ Change of Ownership ☐ Change of Address

NEW OWNER INFORMATION

LAST NAME / FIRST / M.I. / Miss / Ms. / Mrs. / Mr. (CIRCLE)

MAIL ADDRESS NUMBER / STREET / APT.

CITY/TOWN / STATE / ZIP CODE

TELEPHONE NUMBER / Home / Work / Cell (CIRCLE)

VEHICLE IDENTIFICATION: The VIN is located on the driver's side of the dash

VEHICLE IDENTIFICATION NUMBER / ODOMETER READING

SIGNATURE



TABLE OF CONTENTS


OWNER INFORMATION CHANGE CARD ........ 1
SECTION 1 OWNER INFORMATION ........ 4
SECTION 2 HYUNDAI ROADSIDE ASSISTANCE PROGRAM ........ 5
SECTION 3 CONSUMER INFORMATION
(A) HYUNDAI'S CONSUMER ASSISTANCE PROCESS ........ 8
(B) ALTERNATIVE DISPUTE RESOLUTION (BBB AUTOLINE) ........ 9
SECTION 4 HYUNDAI WARRANTY INFORMATION ........ 11
ALTERNATIVE DISPUTE RESOLUTION ........ 12
BINDING ARBITRATION FOR CALIFORNIA VEHICLES ONLY ........ 12
HYUNDAI SUMMARY OF WARRANTY COVERAGE ........ 16
* SECTION 5 HYUNDAI NEW VEHICLE LIMITED WARRANTY ........ 17
* SECTION 6 HYUNDAI HYBRID, PLUG-IN HYBRID, AND ELECTRIC VEHICLE SYSTEM WARRANTY ........ 23
* SECTION 7 HYUNDAI POWERTRAIN LIMITED WARRANTY (ORIGINAL OWNER) ........ 25
* SECTION 8 HYUNDAI ANTI-PERFORATION LIMITED WARRANTY ........ 27
* SECTION 9 EMISSION DEFECT WARRANTY - FEDERAL VEHICLE ........ 29
* SECTION 10 EMISSION PERFORMANCE WARRANTY - FEDERAL VEHICLE ........ 31
5 YEAR / 60,000 MILE EMISSION WARRANTY PARTS - FEDERAL VEHICLE ........ 33
* SECTION 11 EMISSION CONTROL SYSTEM WARRANTY - CALIFORNIA VEHICLE ........ 38
5 YEAR / 60,000 MILE EMISSION WARRANTY PARTS - CALIFORNIA VEHICLE ........ 41
* SECTION 12 REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY ........ 46


*** FOR ROADSIDE ASSISTANCE CALL 1-800-243-7766 (See page 5 for details)**



SECTION 1 — OWNER INFORMATION

## HYUNDAI VEHICLE OWNER PRIVACY POLICY

Your Hyundai vehicle may be equipped with technologies and services that use information collected, generated, recorded or stored by the vehicle, Hyundai has created a Vehicle Owner Privacy Policy to explain how these technologies and services collect, use, and share this information,

You may read our Vehicle Owner Privacy Policy on the HyundaiUSA,com website at: https:// www.hyundaiusa.com/owner-privacy-policy.aspx, If you would like to receive a hard copy of our Vehicle Owner Privacy Policy, please contact Hyundai Customer Care at:

Hyundai Customer Care
P.O, Box 20850
Fountain Valley, CA 92728
1-800-633-5151
consumeraffairs@hmausa,com

Hyundai Customer Care representatives are available Monday through Friday, between the hours of 6:00 AM and 5:00 PM PST and Saturday between 6:30 AM and 3:00 PM PST (English), For Hyundai Customer Care assistance in Spanish or Korean, representatives are available Monday through Friday between 6:30 AM and 3:00 PM PST,

## GENERAL INFORMATION

This handbook describes the consumer information and warranties relating to your new Hyundai vehicle,

Please read this handbook carefully to familiarize yourself with the type of service which you are entitled to under each of the warranties applicable to your new Hyundai vehicle,

To familiarize yourself with your new Hyundai vehicle and to ensure correct operation and maintenance of your vehicle, we suggest you also review the maintenance requirements and operational features described in the Hyundai Owner's Manual,

## PRE-DELIVERY INSPECTION

To ensure your satisfaction and long term enjoyment of your new Hyundai vehicle, your selling dealership has inspected and conditioned your vehicle to Hyundai's recommended inspection and pre-delivery procedure standards,

## PERIODIC INSPECTION AND MAINTENANCE

Regular inspection and maintenance by skilled Hyundai technicians are the key to more efficient operation of the vehicle, This inspection and maintenance must be carried out in accordance with the recommendations given in the Hyundai Owner's Manual,



SECTION 2 — HYUNDAI ROADSIDE ASSISTANCE PROGRAM

## HYUNDAI ROADSIDE ASSISTANCE PROGRAM

The Hyundai Roadside Assistance Program reflects Hyundai's commitment to your complete satisfaction with the Hyundai ownership experience, It is available to you in all 50 states and Canada, 24 hours a day, 365 days a year,

## 60 MONTHS/UNLIMITED MILES COVERAGE

Roadside Assistance is provided on all new 2023 model Hyundai vehicles from the date the vehicle is delivered to the first retail buyer or otherwise put into use (in-service date), whichever is earlier, for a period of 60 months/unlimited miles,

## TO RECEIVE ASSISTANCE CALL 1-800-243-7766

A toll-free call to the Hyundai Roadside Assistance line will provide you with assistance for various Roadside Events, See "Coverage" section for details on program coverage, To receive Roadside Assistance, call the Hyundai Roadside Assistance Program phone number, and provide a representative with the following:

- Your Name
- Vehicle Identification Number (VIN) located on the driver's side dashboard
- Vehicle Mileage
- Vehicle Location
- Description of your vehicle's problem



SECTION 2 — HYUNDAI ROADSIDE ASSISTANCE PROGRAM

## COVERAGE

The Hyundai Roadside Assistance Program provides you with the following services:

- National Hyundai Dealership Locator Service provides you with the location or phone number of Hyundai Dealerships or Authorized Service Facilities in the United States,
- Roadside Events are defined as either:
  1. Towing: Transport for your vehicle to the nearest Hyundai Dealership or Authorized Service Facility, in the unlikely event your vehicle is inoperable, or
  2. Roadside Services:
     - Dead Battery/Jump Start
     - Flat Tire Change (except vehicles that have been supplied with the Tire Mobility Kit instead of a spare tire)
     - Lock Out Service (keys locked in car)
     - Gas Delivery (up to three gallons, where permissible, at no charge when you run out)
- If your vehicle has been diagnosed by Hyundai Dealership or Authorized Service Facility and if the reason for the disablement is a warrantable issue, please contact the Hyundai Customer Care's toll free number at 1-800-633-5151 to request reimbursement,
- Examples of non-warranty related tows would include accidents or any other tow incident that is not the result of a defect in materials or workmanship,
- Trip Interruption Benefit: In the event a warrantable mechanical disablement occurs more than 150 miles away from home, and your vehicle is disabled overnight due to a repair in process, Hyundai Roadside Assistance will reimburse you for reasonable expenses for meals, lodging, or alternate transportation, Trip Interruption Benefit is limited to $500 per day, subject to a three-day maximum limit per incident,
- Incidental or Consequential Damages associated with a vehicle failure, including without limitation loss of time; inconvenience; cost of transportation; telephone calls and lodging; loss of personal or commercial property; loss of pay or revenue; and loss of use of the vehicle, are not covered under this Program,



SECTION 2 — HYUNDAI ROADSIDE ASSISTANCE PROGRAM

## EXCLUSIONS

Roadside Assistance is not available for off-road conditions, or conditions manifesting themselves off-road, To receive service, the vehicle must be accessible from a publicly maintained road,

Roadside Assistance is not an Authorized Service Facility and is NOT A WARRANTY, For a description of the warranty covering your 2023 Hyundai, see the Hyundai New Vehicle Limited Warranty Section of this Owner's Handbook, Roadside Assistance is a limited service, provided to you to help minimize any unforeseen vehicle operation inconvenience,

The Hyundai Roadside Assistance Program does not include reimbursement for any costs/charges for repairs, parts, labor, property loss or any other expense incurred as a result of accident/collision, vehicle abuse, racing, vandalism or other items not covered by the Hyundai New Vehicle Limited Warranty, Also excluded are services for snow tires, repair to studs, mounting or demounting of snow chains, and any fines, fees or taxes associated with impound towing as a result of any actual or alleged violation of any law or regulation,

Hyundai Motor America (HMA) reserves the right to limit services or reimbursement to any owner or driver when, in Hyundai Motor America's judgment, the claims are excessive in frequency or type of occurrence,



SECTION 3 — CONSUMER INFORMATION

## HYUNDAI'S CONSUMER ASSISTANCE PROCESS

Hyundai is dedicated to achieving the highest level of consumer satisfaction with our product through quality design and workmanship and customer service, Your Hyundai dealership is in the best position to assist you with your sales, service or parts needs,

In the event you have a concern with your vehicle, being able to provide the information below will be helpful in seeking assistance:

- Name and address
- Vehicle model and model year
- Date of purchase
- Vehicle Identification Number (a 17-Digit number found on driver's side dashboard)
- Current mileage
- Selling and servicing dealership
- Service history of your vehicle
- Brief description of concern
- Day/evening telephone number
- What you are seeking

We recommend you use the following steps to resolve your vehicle's performance or servicing concerns:

1) First, speak to the Service Advisor at the dealership, This person is in the best position to respond to your concerns,
2) Should you require additional assistance, speak with the Service Manager or General Manager at the dealership,
3) After consulting with your dealership, if you feel additional clarification or help is needed, write or call Hyundai Customer Care :

Hyundai Customer Care
PO Box 20850
Fountain Valley, CA 92728
**1-800-633-5151**
Consumeraffairs@hmausa,com

Hyundai Customer Care representatives are available Monday through Friday, between the hours of 6:00 AM and 5:00 PM PST and Saturday between 6:30 AM and 3:00 PM PST (English), For Hyundai Customer Care assistance in Spanish or Korean, representatives are available Monday through Friday between 6:30 AM and 3:00 PM PST, They are prepared to answer any questions regarding your Hyundai, and may also provide assistance in getting your concern resolved through the dealership,



SECTION 3 — CONSUMER INFORMATION

## ALTERNATIVE DISPUTE RESOLUTION

Hyundai Motor America's internal consumer assistance process will make every effort to resolve every customer concern in a satisfactory manner, We realize, however, that mutual agreement on some issues may not be possible, To ensure that you have had an opportunity to have your concern fully reviewed, Hyundai Motor America provides an Alternative Dispute Resolution (arbitration) program, Hyundai offers the program through:

BBB AUTO LINE a Division of BBB National Programs, Inc,
1676 International Drive, Suite 550
McLean, VA 22102
1-800-955-5100
www.bbb.org/autoline/

This service is provided <u>at no cost to you</u> and is part of Hyundai's effort to provide you with an impartial third-party organization to equitably resolve your concerns,

AUTO LINE will perform arbitration services on disputes involving Hyundai vehicles with an alleged nonconformity, defect, or deficient warranty performance, as may be required by state or federal law,

NOTE: If your state law requires written notification to the manufacturer please write:

Hyundai Customer Care
PO Box 20850
Fountain Valley, CA 92728
Consumeraffairs@hmausa,com

To begin the Alternative Dispute Resolution (arbitration) process, simply call the BBB AUTO LINE at 1-800-955-5100 and you will be sent a Customer Claim Form, along with a handbook describing how BBB AUTO LINE works, Time, mileage and other limitations may apply,

If you wish to use the BBB AUTOLINE program and you qualify for participation, you will be required to provide the following information:

- Your name and address;
- The Vehicle Identification Number;
- True make, model, & year of your vehicle; and
- A description of the problem with your vehicle,

BBB AUTOLINE may also ask you for other information that may help to resolve your concerns, such as the purchase price of the vehicle, the mileage at the time of purchase, the current mileage and copies of repair orders,

Please refer to the Owner's Handbook Supplement for additional information regarding eligibility requirements in your state,



SECTION 3 — CONSUMER INFORMATION

IMPORTANT: You must use BBB AUTO LINE prior to seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act ("the Act"), except in Georgia, although that option is still available to you, However, if you choose to seek remedies that are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you, You must also use BBB AUTO LINE if you are seeking remedies under the "Lemon Laws" of your state if your state statute requires you to do so,

A decision should be rendered within 40 days of AUTO LINE's receipt of your properly completed Customer Claim Form, BBB will send you a copy of the arbitrator's decision and if you accept the decision, all parties must comply with the decision within the time limits (performance date) set by the arbitrator, Approximately two weeks after the "performance date", BBB will contact the consumer to verify that the arbitrator's decision has been completed,

AUTO LINE's decisions do not include attorney's fees, civil penalties, punitive damages, multiple damages or consequential damages other than incidental damages which you may be entitled to under law,

If you reject the decision of the arbitrator you may pursue other legal remedies under state or federal law; the company will not be obligated to perform any part of the decision, Depending on federal or state law, the decision may or may not be introduced as evidence by the consumer or the company in any civil court action relating to any matter that has been resolved in your arbitration hearing, and BBB involvement in the case will end as well,

**Important: Please refer to the first page of the Hyundai New Vehicle Limited Warranty section of this Owner's handbook for additional important information regarding alternative dispute resolution and other legal remedies available to you,**

# Hyundai Warranty Information





SECTION 4

**ALTERNATIVE DISPUTE RESOLUTION FOR ALL VEHICLES**

If a dispute arises regarding your warranty coverage, please follow the steps described under the "Consumer Information" section of this handbook. To ensure that you have had an opportunity to have your concern fully reviewed, Hyundai provides an Alternative Dispute Resolution program that is offered through:

BBB AUTO LINE a Division of BBB National Programs, Inc.
1676 International Drive, Suite 550
McLean, VA 22102
1-800-955-5100

Important: You must use BBB AUTO LINE prior to seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act ("the Act"), except in Georgia, although that option is still available to you. However, if you choose to seek remedies that are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you. You must also use BBB AUTO LINE if you are seeking remedies under the "Lemon Laws" of your state if your state statute requires you to do so. Please consult the "Consumer Information" section of this handbook and the Owner's Handbook Supplement for more information about the BBB AUTO LINE program. Time and mileage limitations may apply. Please refer to the Owner's Handbook Supplement for additional information regarding eligibility requirements in your state.

**BINDING ARBITRATION FOR CALIFORNIA VEHICLES ONLY**

**PLEASE READ THIS SECTION IN ITS ENTIRETY AS IT AFFECTS YOUR RIGHTS**
**THIS SECTION DOES NOT PRECLUDE YOU FROM FIRST PURSUING ALTERNATIVE DISPUTE RESOLUTION THROUGH BBB AUTO LINE AS DESCRIBED IN THE "ALTERNATIVE DISPUTE RESOLUTION" PROVISION IN SECTION 3 OF THIS HANDBOOK.**

If you purchased or leased your Hyundai vehicle in the State of California, you and we, Hyundai Motor America, each agree that any claim or disputes between us (including between you and any of our affiliated companies) related to or arising out of your vehicle purchase, advertising for the vehicle, use of your vehicle, the performance of the vehicle, any service relating to the vehicle, the vehicle warranty, representations in the warranty, or the duties contemplated under the warranty, including without limitation claims related to false or misleading advertising, unfair competition, breach of contract or warranty, the failure to comply with a vehicle warranty, failure to repurchase or replace your vehicle, or claims for a refund or partial refund of your vehicle's purchase price (excluding personal injury claims), but excluding claims brought under the Magnuson-Moss Warranty Act, shall be resolved by binding arbitration at either your or our election, even if the claim is initially filed in a court of law. If either you or we elect to resolve our dispute via arbitration (as opposed to in a court of law), such binding arbitration shall be administered by and through the American Arbitration Association (AAA) under its Consumer Arbitration Rules.





SECTION 4

We will pay all fees for any arbitration except for the initial filing fee of $200. The arbitration will be held in the city or county of your residence. To learn more about arbitration, including the applicable rules and how to commence arbitration, please contact:

AAA at www.adr.org; 800-778-7879.

This agreement to arbitrate is intended to be broadly interpreted and to make all disputes and claims between us (including our affiliated companies) relating to or arising out of your vehicle purchase, use or performance of your vehicle, or the vehicle warranty subject to arbitration to the maximum extent permitted by law. The arbitrator (and not a court) shall decide all issues of interpretation, scope, and application of this agreement.

In any arbitration, the arbitrator shall be bound by the terms of this agreement and shall follow the applicable law. The arbitrator shall not have the power to commit manifest errors of law, and any award rendered by the arbitrator that employs a manifest error of law may be vacated or corrected by a court of competent jurisdiction for such error. The arbitrator may only resolve disputes between you and us and may not consolidate claims without the consent of all parties. The arbitrator cannot hear class or representative claims or requests for relief on behalf of others , or issue any award or remedy in arbitration against or on behalf of anyone who is not a named party to the arbitration, as permitted by law. In other words, you and we may bring claims against the other only in your or our individual capacity, and not as a plaintiff or class member in any class or representative action to the maximum extent permitted by law. You and we acknowledge and agree that, to the fullest extent permitted by law, we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney general action, or any other representative proceeding. If a court or arbitrator decides that any part of this agreement to arbitrate cannot be enforced as to a particular claim for relief or remedy, then that claim or remedy (and only that claim or remedy) must be brought in court and must be stayed pending arbitration of the arbitrable claims and remedies. If a court or arbitrator decides that any part of this agreement cannot be enforced as to a particular request for public injunctive relief, then that request for public injunctive relief (and only that request for public injunctive relief) must be brought in court and must be stayed pending arbitration of the arbitrable remedies. If arbitration is elected by either party, the parties collectively agree that they waive their right to a jury trial.





SECTION 4

Notwithstanding the above, either you or we may file a lawsuit in small claims court for any claims that otherwise require binding arbitration, if the small claims court has jurisdiction. In addition, either you or we may invoke any AAA Consumer Arbitration Rules that allow you or we to have a small claims court decide any claims that otherwise require binding arbitration. This agreement evidences a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16. Judgment upon any award in arbitration may be entered in any court having jurisdiction.

**IF YOU PURCHASED OR LEASED YOUR VEHICLE IN CALIFORNIA, YOUR WARRANTY IS MADE SUBJECT TO THE TERMS OF THIS BINDING ARBITRATION PROVISION. BY USING THE VEHICLE, OR REQUESTING OR ACCEPTING BENEFITS UNDER THIS WARRANTY, INCLUDING HAVING ANY REPAIRS PERFORMED UNDER WARRANTY, YOU AGREE TO BE BOUND BY THESE TERMS. IF YOU DO NOT AGREE WITH THESE TERMS, PLEASE CONTACT US AT OPT-OUT@HMAUSA.COM WITHIN THIRTY (30) DAYS OF YOUR PURCHASE OR LEASE TO OPT-OUT OF THIS ARBITRATION PROVISION.**

**NOTICES REGARDING THESE WARRANTIES**

The warranties described in this Owner's Handbook give you specific legal rights. You may have other rights that vary from state to state.

Under these warranties, if your vehicle is properly operated and maintained, and was taken to an authorized Hyundai Dealership for a warranted repair during the warranty period, then authorized Hyundai Dealerships will, without charge, repair, replace, or adjust all parts on your vehicle that malfunction or fail during normal use during the applicable coverage period due to a defect in factory materials or workmanship. This warranty does not mean that each Hyundai vehicle is defect-free. Defects may be unintentionally introduced into vehicles during the design and manufacturing processes, and such defects could result in the need for repairs. These warranties are provided only to remedy manufacturing defects that result in vehicle part malfunction or failure during the applicable warranty periods.

Nothing in this warranty should be construed as requiring defective parts to be replaced with parts of a different type or design than the original part, so long as the vehicle functions properly with the replacement part. Moreover, Hyundai and its authorized Hyundai Dealerships are entitled to a reasonable time and a reasonable number of attempts within which to diagnose and repair any defect covered by these warranties.





SECTION 4

As a condition of these warranties, you are responsible for properly using, maintaining, and caring for your vehicle as outlined in the Hyundai Owner's Manual. The Owner's Manual indicates the scheduled maintenance required for your vehicle: proper maintenance guards against major repair expenses resulting from neglect or inadequate maintenance, may help increase the value you receive when you sell or trade your vehicle, and is important in allowing your vehicle to comply with applicable emissions standards.

It is your responsibility to make sure that all of the scheduled maintenance is performed and that the materials used meet Hyundai engineering specifications. Failure to perform scheduled maintenance as specified in the Hyundai Owner's Manual may invalidate warranty coverage on parts affected by the lack of maintenance. Make sure that receipts for completed maintenance work are retained with the vehicle. Your authorized Hyundai Dealership has factory-trained technicians who can perform the required maintenance using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.



**HYUNDAI SUMMARY OF WARRANTY COVERAGE**

| | YEARS (1–10) |
|---|---|
| New Vehicle | 5 years/60,000 miles |
| • Adjustments | 1 year/12 000 miles |
| • Air Conditioner Refrigerant Charge | 1 year/UNLIMITED MILEAGE |
| • Paint | 3 years/36 000 miles |
| • Radio, Navigation System, Bluetooth | 5 years/60,000 miles |
| • 12V Battery | 3 years/36 000 miles |
| Hybrid, Plug-in Hybrid, and Electric Vehicle System | 10 years/100,000 miles |
| Powertrain ① | 5 years/60,000 miles; 10 years/100,000 miles (ORIGINAL OWNER) |
| Anti - Perforation | 7 years/UNLIMITED MILEAGE |
| Emissions - Federal | 5 years/60,000 miles (or up to first required scheduled maintenance, whichever occurs first) |
| Emissions - Federal Specific Components ② | 8 years/80,000 miles |
| Emissions - California | 5 years/60,000 miles (or up to first required scheduled maintenance, whichever occurs first) |
| Emissions - California Specific Components ③ | 8 years/80,000 miles OR 7 years/70,000 miles |
| Replacement Parts | 1 year/12,000 miles |
| Accessories ④ | 1 year/UNLIMITED MILEAGE |

① Original Owner 10 Years/100,000 Miles, Subsequent Owner(s) 5 Years/60,000 M les
② Specific components, see Emission Warranty Parts - Federal Vehicle, NOTE1, page 33
③ Specific components, see Emission Warranty Parts - California Vehicle, NOTE1 and NOTE3, page 41
④ Accessory may also be covered by a separate mfr. warranty after the HMA Warranty expires.





SECTION 5

**WARRANTOR**

Hyundai Motor America (HMA) warrants your new 2023 Hyundai vehicle pursuant to the limited warranties described in this Owner's Handbook.

**LIMITATIONS**

Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of these written warranties, except where the duration of implied warranties is limited by state law, in which case the state law duration limit shall apply. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

These stated warranties give you specific legal rights. You may have other rights, which vary from state to state depending upon applicable state law.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.





SECTION 5

**WARRANTY TRANSFERABILITY**

The New Vehicle Limited, Anti-Perforation Limited, Federal Emission Performance, Federal Emission Design and Defect, California Emission Control Systems, and Replacement Parts and Accessories Limited warranty coverage described in this handbook apply to the vehicle regardless of a change in ownership, and are transferable to subsequent owners.

The 10 years/100,000 miles Powertrain Limited Warranty is not transferable and applies only to the original owner, as defined under "Original Owner" included in the Powertrain Limited Warranty (Original Owner) section of this Owner's Handbook.

**WARRANTY JURISDICTION**

These warranties apply to vehicles manufactured to United States-specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C. Vehicles manufactured to other than United States-specifications, distributed by other than HMA, or registered and normally operated outside the 50 United States and Washington, D.C., are entitled to warranty service on the basis of the warranty applicable to such other distributing country.

**JUDGMENT OF ALL WARRANTY MATTERS**

Hyundai Motor America reserves the right to furnish the final decisions in all warranty matters.





SECTION 5

**WHAT IS COVERED**

Repair or replacement of any component originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Manufacturing Mexico (KMM) or Kia Motors Manufacturing Georgia (KMMG) that is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai Dealership or Authorized Service Facility is covered when the vehicle is inoperable due to a warrantable defect. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

**WARRANTY PERIOD**

The warranty period is limited to 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

**BATTERY ❈**

An original equipment battery found to be defective in material or workmanship will be covered for the first 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first.

❈ The battery specified in the paragraph above refers to the standard 12 Volt battery and not the Hybrid Battery, Plug-in Hybrid Battery nor the Electric Vehicle Battery which is covered under separate warranty requirements.

**ADJUSTMENTS**

Most service adjustments required as a result of a manufacturing deficiency are covered for the first year or 12,000 miles, whichever occurs first. Thereafter, all adjustments will be considered owner maintenance responsibility.





SECTION 5

**AIR CONDITIONER REFRIGERANT CHARGE**

Air conditioner refrigerant charge is covered for the first year from the date of original retail delivery or date of first use with no mileage limitation, unless the refrigerant charge is done as part of a warrantable repair.

**RADIO AND SOUND SYSTEMS**

An equipment radio, Bluetooth, and Navigation System are covered for the first 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

**PAINT**

Paint repairs are covered for the first 3 years from the date of original retail delivery or date of first use or 36,000 miles, whichever occurs first.

Some minor cosmetic imperfections that are visible at delivery are covered for 1 year from the date of original retail delivery or date of first use, or 12,000 miles, whichever occurs first.

**OWNER'S RESPONSIBILITIES AND OBLIGATIONS**

* Proper use, maintenance and care of your vehicle in accordance with the instructions contained in this handbook and in the Hyundai Owner's Manual.
* Retain maintenance service records. It may be necessary for you to show that the required maintenance has been performed, as specified in the Hyundai Owner's Manual.
* Deliver the vehicle during regular service business hours to any authorized Hyundai Dealership to obtain warranty service.
* Check for trim, paint or other appearance concerns at the time the new vehicle is delivered.

**WHAT IS NOT COVERED**

* Normal maintenance services such as: cleaning & polishing, engine tune-ups, after polishing, minor adjustments, lubrication, oil/fluid changes, filters, anti-freeze coolant replenishment, wheel alignment and tire rotation, unless such services are performed as part of a covered warrantable repair.
* Normal maintenance items (#) are warranted in normal service, only when the replacement is the result of a defect in material or factory workmanship, for 12 months from the date of original retail delivery or date of first use, or 12,000 miles, whichever occurs first, or up to the first scheduled maintenance replacement interval (# - such as belts, brake pads and linings, clutch linings, filters, wiper blades and all bulbs, except halogen bulbs which are covered up to 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first).





SECTION 5

* Normal deterioration or wear of any part, including
  - Spark plugs
  - Worn brake pads/linings/discs
  - Worn clutch linings
  - Filters
  - Worn wiper blades
  - Bulbs and fuses (except halogen bulbs which are covered up to 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first)
  - Other wear and consumable items
* Any vehicle where the odometer mileage has been altered.
* Any vehicle that has ever been declared a total loss, scrapped, or issued a "salvage" or similar title or certificate under any applicable law. This includes but is not limited to vehicles which are currently or were previously titled as "scrap," "rebuilt," or "dismantled".
* Damage or failure resulting directly or indirectly from any of the following:
  - Negligence of proper maintenance as required in the Hyundai Owner's Manual, including but not limited to use of any fluids or fuels other than those specified in the Owner's Manual.
  - Misuse, abuse, accident, theft, water/flooding or fire.
  - Use of improper or insufficient fuel, fluids or lubricants.
  - Use of parts other than Hyundai Genuine Parts, or parts of non-equivalent quality and design.
  - Any device and/or accessories not supplied by Hyundai.
  - Modifications, alterations, tampering or improper repair.
  - Parts or accessories used in applications for which they were not designed or not approved by HMA.
  - Water contamination
  - Slight irregularities not recognized as affecting quality or function of the vehicle or parts, such as slight noise or vibration, or items considered characteristic of the vehicle.
  - Tires (See separate tire manufacturer's warranty).
  - Airborne "fallout", industrial fall-out, acid rain, salt, tree sap, hail and wind storms, or other Acts of God or environmental conditions.
  - Paint scratches, dents, or similar paint or body damage.
  - Action of road elements (sand, gravel, dust or road debris) which result in stone chipping of paint and glass.
  - Rodents or any other damage not resulting from defects in materials or workmanship.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.





SECTION 5

**OBTAINING WARRANTY SERVICE**

Warranty service will be provided by an authorized Hyundai Dealership without charge for parts or labor. This warranty will not apply to warranty service performed by those other than an authorized Hyundai Dealership.

**TIRE INFORMATION**

Tires originally equipped on Hyundai vehicles are warranted directly by the tire manufacturer.

In the event that you need assistance in locating an authorized tire dealership, please contact your authorized Hyundai Dealership, or the Hyundai Customer Care.

SECTION 6

**WHAT IS COVERED**

Repair or replacement of HYBRID, PLUG-IN HYBRID, AND ELECTRIC VEHICLE SYSTEM components listed below, originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG) or Kia Manufacturing Mexico (KMM) that are found to be defective in material or factory workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai dealership or authorized service location is covered when the vehicle is inoperable due to a warrantable defect within 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first. "Owner's Responsibilities" and "Obtaining Warranty Service" are the same as specified under the Hyundai New Vehicle Limited Warranty. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

**WARRANTY PERIOD**

The Warranty period for the following HYBRID, PLUG-IN HYBRID, AND ELECTRIC VEHICLE SYSTEM components is limited to 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first.

* The Lithium ion Battery ("EV Battery") warranty covers any warrantable repairs that occur during the warranty coverage period. If your battery requires warranty service and if possible the EV battery components will be repaired or replaced and the EV Battery will be returned to the vehicle.
  If necessary, the EV Battery will be replaced with either a new or refurbished Lithium ion Battery.
  Any repair or replacement made under this Lithium ion Battery Capacity Coverage will maintain at least equal energy capacity to the original Battery before the failure occurred but no less than 70% of the original battery capacity.
  Despite the breadth of this warranty, damage resulting from intentional actions (including intentionally abusing or destroying your vehicle or ignoring active vehicle warnings), a collision or accident or the servicing or opening of the Battery by non-authorized personnel, is not covered under this Battery Limited Warranty.

Damage to the Battery resulting from the following activities is also not covered under this EV Battery Limited Warranty:

- o Physically damaging the Battery, or intentionally attempting either by physical means, programming, or other methods, to extend (other than as specified in your owner documentation) or reduce the life of the Battery.
- o Exposing the Battery to direct flame.
- o Flooding of the Battery





SECTION 6

The battery like all Lithium ion batteries will experience gradual energy or power loss with time and use. Loss of Battery capacity or power over time due to or resulting from Battery usage is covered not to degrade more than 70% of the original battery capacity under this Battery Limited Warranty. See your owner documentation for important information on how to maximize the life and capacity of the Battery.

Note: For your 2023 Hyundai vehicle certified for sale in California and certified as a transitional zero-emission vehicle, (TZEV), or a super ultra low emission vehicle, (SULEV), the Plug-in Hybrid Battery is covered for 10 years from the date of original retail delivery or date of first use, or 150,000 miles, whichever occurs first.

**HYBRID, PLUG-IN HYBRID, AND ELECTRIC VEHICLE SYSTEM**

High Voltage Battery, along with the following Hybrid, Plug-in Hybrid, and Electric Vehicle -Specific components that are directly attached to or integral to operation of the High Voltage Battery; Battery Management System; Blower Assembly; Electronic Air Compressor; Power Relay Assembly; Hybrid Starter & Generator; Traction Motor including housing case; Hybrid Power Control Unit; OBC; Electric Power Control unit.

**OWNER'S RESPONSIBILITIES**

Your responsibilities are the same as those described in Hyundai New Vehicle Limited Warranty.

**WHAT IS NOT COVERED**

Items not covered by this warranty and any exclusion or limitations relating to this warranty are the same as those set forth in the "What is Not Covered" section of the Hyundai New Vehicle Limited Warranty already described in this handbook.

The High Voltage Battery will experience gradual energy or power loss with time and use. Loss of battery energy or power over time or due to or resulting from battery usage, is NOT covered under this Hybrid, Plug-in Hybrid, and Electric Vehicle System Warranty. And Damage to the Battery resulting from the following activities is also not covered under this Hybrid, Plug-in Hybrid, and Electric Vehicle System Warranty:

- o Physically damaging the battery, or intentionally attempting, either by physical means, programming, or other methods, to extend (other than as specified in the Owner's Manual provided with the Vehicle at the time of first retail purchase) or reduce the life of the battery;
- o Exposing the battery to direct flame ("such as a result of any body repairs".)

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.





SECTION 7

**WHAT IS COVERED**

Repair or replacement of powertrain components listed below, originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG) or Kia Motors Manufacturing Mexico (KMM) that are found to be defective in material or factory workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai dealership or authorized service location is covered when the vehicle is inoperable due to a warrantable defect within 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first. "Owner's Responsibilities" and "Obtaining Warranty Service" are the same as specified under the Hyundai New Vehicle Limited Warranty. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

**WARRANTY PERIOD**

For original owners only, this Powertrain Limited Warranty will begin upon expiration of the 5 years/60,000 miles New Vehicle Limited Warranty, and will continue to cover the Engine and Transmission/Transaxle powertrain components listed on the following page up to 10 years from the date of original delivery or the date of first use, or 100,000 miles, whichever occurs first. The Powertrain Limited Warranty is not transferable to any subsequent owner. For subsequent owners, powertrain components are covered under the New Vehicle Limited Warranty for 5 years/60,000 miles, whichever occurs first.

The Powertrain Limited Warranty excludes coverage for vehicles placed in commercial use (e.g. taxi, route delivery, rental, etc.).

**ENGINE**

Cylinder block/head and all internal parts, manifolds, timing gears, timing chain, timing cover, gaskets and seals, oil pump, water pump, fly-wheel, oil pan assembly, rocker cover and engine mounts, and turbocharger.





SECTION 7

**TRANSMISSION/TRANSAXLE**

Case and all internal parts, axle shafts (front/rear), constant velocity joints, front/rear hub bearings, propeller shafts, seals and gaskets, torque converter and converter housing and clutch cover and housing, transfer case, and rear differential for Hyundai vehicles.

**WHAT IS NOT COVERED**

Items not covered by this warranty and any exclusion or limitations relating to this warranty are the same as those set forth in the "What is Not Covered" section of the Hyundai New Vehicle Limited Warranty already described in this handbook.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

**ORIGINAL OWNER**

Original Owner is defined as the first retail purchaser of the vehicle who took delivery of the vehicle on its date of first use. If the vehicle was first placed in service as a lease vehicle, and the lessee purchases the vehicle at the end of the lease, the 10 years/100,000 miles Powertrain Limited Warranty remains in effect.

If the vehicle was first placed in service as a Hyundai Motor America (HMA) Manager Demonstrator Vehicle, or Hyundai Service Rental Car, the original (first) retail purchaser of the vehicle is considered the original owner, and the 10 years/ 100,000 miles Powertrain Limited Warranty remains in effect, though the date of first use is the date the vehicle was placed in service as an HMA Manager Demonstrator Vehicle or a Hyundai Service Rental Car. This warranty is not transferable to any subsequent owner. Subsequent owners have powertrain components covered under the 5 years/60,000 miles Hyundai New Vehicle Limited Warranty. The 10 years/100,000 miles Powertrain Limited Warranty also excludes coverage for vehicles placed in commercial use (e.g. taxi, route delivery, rental, etc.).





SECTION 8

**WHAT IS COVERED**

Any Hyundai vehicle body sheet metal found, under normal use, to have developed a perforation (rust hole through the body panel) from corrosion due to defects in material or factory workmanship.

**WARRANTY PERIOD**

7 years/unlimited mileage from the date of original retail delivery or date of first use.

**OWNER'S RESPONSIBILITIES AND OBLIGATIONS**

Your responsibilities are the same as those described in the Hyundai New Vehicle Limited Warranty with the exception of one additional requirement:

* Retain any body repair records. It may be necessary for you to show that the required anti-corrosion material has been applied to any previously replaced or repaired body components.

**WHAT IS NOT COVERED**

* Exhaust system components.
* Corrosion of any part of the vehicle other than body panels.
* Corrosion of body panels that have been previously repaired or refinished from the original factory finish after the date of retail sale, except for body panels repaired under this Anti-Perforation Limited Warranty.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.
* Corrosion of any body panel replaced after the date of retail sale, except panels replaced under this Anti-Perforation Limited Warranty.
* Corrosion other than perforation. Cosmetic or surface corrosion due to defects in material or factory workmanship is covered under Paint Coverage for 36 months or 36,000 miles, whichever occurs first.
* Corrosion of the exterior surface of the underbody panels such as floor pan.





SECTION 8

* Corrosion resulting from: misuse, accident or fire, stone chipping, airborne "fallout", industrial and/or chemical fallout, acid rain, tree sap, hail, wind storm, flood, or other Acts of God.
* Corrosion caused by lack of proper maintenance, misuse, or abuse.
* Matching of paint. Painting of the entire vehicle for matching of paint is not covered. Painting of the replaced or repaired panel to match the vehicle's original finish is to be decided by HMA on a case by case basis.
* The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, regarding perforation defects are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions set forth regarding this limited warranty may not apply to you.





SECTION 9

**FEDERAL EMISSION CONTROL WARRANTY STATEMENT**

In accordance with the Federal Clean Air Act, as amended, Hyundai Motor America (HMA) warrants to the original and each subsequent owner of each new 2023 Hyundai vehicle that the vehicle: (1) was designed, built and equipped to conform at the time of sale to applicable federal regulations and (2) is free from defects in material and workmanship at the time of sale which would cause the vehicle to fail to conform with such regulations for a period of 5 years from the date of original retail delivery or date of first use or 60,000 miles, whichever occurs first, or up to first required scheduled maintenance, whichever occurs first. This coverage exceeds the warranty requirements under federal law. Additionally, certain major emissions control components listed under the following "8 Years/80,000 Miles Federal Emission Warranty Parts List" will be covered for a period of 8 years from the date of original retail delivery or date of first use, or 80,000 miles, whichever occurs first. Any part of this vehicle covered under this warranty which proves to be defective will be repaired or replaced by an authorized Hyundai dealership using new or remanufactured Hyundai Genuine Parts. This warranty coverage applies to the vehicle regardless of a change in ownership and is transferable to subsequent owners. Failures, other than those resulting from defects in material or workmanship, which arise solely as a result of owner abuse and/or lack of proper maintenance, are not covered by the warranty.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

**WARRANTY JURISDICTION**

This warranty applies to vehicles manufactured to either Federal specifications or California specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.





SECTION 9

**WHAT IS COVERED**

The primary components covered are listed on the following "5 Years/60,000 Miles Federal Emission Warranty Parts List" and "8 Years/80,000 Miles Federal Emission Warranty Parts List."

Some items require scheduled replacement as part of the scheduled maintenance of the vehicles. Replacement of these items is warranted in normal service up to the first replacement interval or up to the limits of the applicable emission warranty coverage period, whichever occurs first (Refer to the Hyundai Owner's Manual and its Scheduled Maintenance Section).





SECTION 10

**WARRANTY JURISDICTION**

This warranty applies to vehicles manufactured to either Federal specifications or California specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

**WHAT IS COVERED**

Some states and local jurisdictions have established periodic vehicle inspection and maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an I/M program in your area has U.S. Environmental Protection Agency (EPA) approval, you may be eligible for HMA's performance warranty coverage under the following conditions:

1. The vehicle has been maintained and operated in accordance with the scheduled maintenance instructions described in the Hyundai Owner's Manual provided with your vehicle.
2. The vehicle fails to conform during the warranty period to the applicable emission standards as determined by an emissions test approved by the Environmental Protection Agency (EPA).
3. Such failure to conform results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, such as denial of the right to operate or use the vehicle or a fine under local, state or federal law.

If all of the above conditions are met, HMA warrants that any authorized Hyundai Dealership will replace, repair or adjust to Hyundai's specifications, at "NO CHARGE", any of the components listed on the following Federal Emission Warranty Parts chart, which may be necessary to cause your vehicle to conform to the applicable federal emission standards.





SECTION 10

**WARRANTY PERIOD**

This warranty is effective for 5 years from the date of original retail delivery or if the vehicle is first placed in service as a "demonstrator" or "Company" car prior to delivery, on the date it is first placed in service, or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first. Additionally, certain major emission control components listed under the following "8 Years/80,000 Miles Federal Emission Warranty Parts List" will be covered for a period of 8 years from the date of original retail delivery or date of first use, or 80,000 miles, whichever occurs first. This warranty coverage applies to the vehicle regardless of a change in ownership and is transferable to subsequent owners.

Note:

Federal Emission Warranty

The Federal government requires minimum emission warranty coverage for the first 2 years or 24,000 miles of vehicle use, however, Hyundai provides greater warranty coverage of 5 years or 60,000 miles for all emission-related components. In addition and consistent with federal regulation, Hyundai provides warranty coverage for the first 8 years or 80,000 miles for major emission parts on the following components: the exhaust manifold assembly, the catalytic converters, the electronic engine control module, and the onboard emissions diagnostic device.

**EMISSION WARRANTY PARTS LIST**

Some items require scheduled replacement and are warranted up to the first replacement interval or up to the limits of the applicable emission warranty coverage period, whichever occurs first (Refer to the Scheduled Maintenance section in the Hyundai Owner's Manual). The following is a listing of Emission Parts covered under the emission warranties. For more details about the specific parts that are covered by the Federal Emission Defect Warranty, contact your dealership. If failure of one of the following components results in failure of any other vehicle part, both parts will be covered by the Federal Emission Performance Warranty.

- 8 YEARS/80,000 MILES FEDERAL EMISSION DESIGN AND DEFECT WARRANTY PARTS LIST

If the vehicle has been in use more than 60 months from the date of original delivery or date of first use, or 60,000 miles but less than 8 years from the date of original delivery or date of first use, or 80,000 miles, whichever occurs first, the following major emissions control components will be covered up to 8 years from the date of original delivery or date of first use, or 80,000 miles, whichever occurs first.

Catalytic Converter
Engine Control Module (includes Onboard Emission Diagnostic Device)
Exhaust Manifold Catalytic Assembly





SECTION 10

**5 YEAR / 60,000 MILE EMISSION WARRANTY PARTS - FEDERAL VEHICLE**

**Air Induction System**
Air Cleaner Assembly
Intake Manifold
Surge Tank
Turbocharger Assembly
Intercooler Assembly
EGR Cooler
EGR Valve
Map Sensor Assembly
Active Air Flap & Duct Assembly
EHRS Assembly
EHRS WTR Hose & Tube

**Fuel Metering System**
Coolant Temperature Sensor
Air Flow Sensor
Fuel Injectors
Fuel Pump
High Pressure Pump (GDI)
HIGH Pressure Sensor
Throttle Body
Throttle Position Sensor
Oxygen Sensor
Engine Control Module *8/80: All ehicles*
Knock Sensor
Fuel Pressure Regulator

**Ignition System**
Spark Plugs and Ignition Wires
Camshaft Position Sensor
Crankshaft Position Sensor
Ignition Coil Assembly

**Catalyst and Exhaust System**
Exhaust Manifold Catalytic Assembly *8/80: All ehicles*
Exhaust Manifold
Catalytic Converter Assembly *8/80: All ehicles*

**Positive Crankcase Ventilation System**
PCV Valve and Hose

**Valve Timing System**
Cylinder Head Assembly
Intake Valve
Exhaust Valve
Intake Camshaft Assembly
Exhaust Camshaft Assembly
Intake CVVT Assembly
Exhaust CVVT Assembly
Intake Oil Control Valve
Exhaust Oil Control Valve

**Auto Transmission System**
Transmission Control Unit
Auto Transmission Fluid Warmer

**Evaporative Control System**
Canister Assembly
Canister Close Valve
Purge Control Valve
Fuel Tank
Fuel Tank Pressure Sensor
Fuel Filler Cap
ORVR (Vent) Valve
Rollover (Cut) Valve
Thermostat Assembly
Breather Hose Assembly
Warmer Water Valve

**Charging System**
A ternator
Battery Sensor
OAD

**Miscellaneous Items Used In Above Systems**
Hoses, clamps, gasket or seals
Wires, harnesses, connectors
A l sensors (switches, solenoids, valves) associated with the ECM

**Onboard Emissions Diagnostic Device (Included in Engine Control Module)** *8/80: All Vehicles*
Malfunction Indicator Light and Bulb
Data Link Connector

*Spark plugs shall be warran ed for the emissions warranty period, or he first scheduled replacement time or mileage, whichever occurs first.*

**NOTE1 :** Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first under the Federal Emission Warranty

**NOTE2 :** Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Hyundai Owner's Manual for required scheduled maintenance).

**NOTE3 :** Warranty coverage for the Hybrid, Plug-in Hybrid, and Electric Vehicle System is 10 years or 100,000 miles, whichever occurs first, under the Hyundai Hybrid, Plug-in Hybrid, and Electric Vehicle System Warranty.





SECTION 10

**WHAT IS NOT COVERED BY THESE EMISSION WARRANTIES**

THE FEDERAL EMISSION DEFECT WARRANTY AND THE FEDERAL EMISSION PERFORMANCE WARRANTY SHALL NOT APPLY TO:

- Normal maintenance service (such as filters).
- Malfunctions in any part directly caused by misuse, modification, improper adjustment, alteration, tampering, disconnection, improper or inadequate maintenance, or use of leaded gasoline or contaminated fuel.
- Damage resulting from an accident or an Act of God.
- Any vehicle on which the odometer reading has been altered so that mileage cannot be readily determined.
- Failures that are a direct result of a lack of performance of required emission control maintenance as outlined in the Hyundai Owner's Manual.
- Parts or accessories used in applications for which they were not designed or not approved by HMA.
- Parts not supplied by HMA or damage to other parts caused directly by using non-Hyundai parts, non-EPA certified replacement parts in the maintenance or repair of the vehicle which ultimately prove to be defective in material or workmanship, or not equivalent from an emission control standpoint to the original equipment part.
- INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE regarding emission systems defects are limited to the duration of these emission system warranties. Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions set forth regarding these warranties may not apply to you.

**OWNER'S RESPONSIBILITY AND OBLIGATION**

It is the owner's obligation to properly maintain and use the vehicle in accordance with Hyundai's written instructions in the Hyundai Owner's Manual. Failures caused by inadequate or improper maintenance are not covered by the warranty. To help resolve questions as to whether the proper vehicle maintenance has been performed, must the owner retain all maintenance service records and receipts indicating that service has been performed on the vehicle.

**REPLACEMENT PARTS**

It is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new or remanufactured Hyundai Genuine Parts.

THE WARRANTY OBLIGATIONS ARE NOT DEPENDENT UPON THE USE OF ANY PARTICULAR BRAND OF REPLACEMENT PARTS. THE OWNER MAY ELECT TO USE NON-GENUINE HYUNDAI PARTS FOR REPLACEMENT PURPOSES. THE USE OF REPLACEMENT PARTS WHICH ARE NOT EQUIVALENT MAY IMPAIR THE EFFECTIVENESS OF THE EMISSION CONTROL SYSTEM.

If other than Hyundai Genuine Parts are used for maintenance replacements or for the repair of components affecting emission control, the owner should determine that such parts are warranted by their manufacturer to be equivalent to Hyundai Genuine Parts in performance and durability.

"New or Remanufactured Hyundai Genuine Parts" when used in connection with Hyundai vehicles, means parts manufactured by or approved by Hyundai, designed for use on Hyundai vehicles and distributed by HMA.

**MAINTENANCE SERVICE**

MAINTENANCE, REPLACEMENT OR REPAIR OF THE EMISSION CONTROL DEVICES AND SYSTEMS MAY BE PERFORMED BY ANY QUALIFIED AUTOMOTIVE REPAIR ESTABLISHMENT OR INDIVIDUAL USING ANY PART CERTIFIED PURSUANT TO APPLICABLE EMISSION REGULATIONS: HOWEVER, WARRANTY SERVICE MUST BE PERFORMED BY AN AUTHORIZED HMA DEALERSHIP.

Claims under the Federal Emission Performance Warranty may not be denied due to the failure of a properly installed certified non-Hyundai Genuine Part.

Claims may be denied on the basis of an uncertified replacement part used in the maintenance or repair of a vehicle if Hyundai presents evidence that the uncertified replacement part is either defective in materials or workmanship or not equivalent from an emission standpoint to the original equipment part and the vehicle owner is unable to rebut the evidence.





Receipts covering the performance of maintenance service should be retained in the event questions arise concerning maintenance. These receipts should be transferred to each subsequent owner of this vehicle. HMA reserves the right to deny warranty coverage if the vehicle has not been properly maintained. However, denial will not be based solely on the absence of maintenance records.

These warranties apply only to vehicles manufactured to United States' specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands. Vehicles manufactured to other than United States' specifications, distributed by other than HMA and registered and normally operated outside the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, or the Commonwealth of the Northern Mariana Islands are entitled to service of the emission control systems on the basis of the warranty applicable to such other distribution country.

**CLAIMS PROCEDURE**

To obtain warranty service under these warranties, the owner should return the vehicle to an authorized Hyundai dealership place of business during its normal service business hours, where such service will be performed at no charge for parts, labor, diagnosis and tax.

If an owner's warranty claim under the 2023 Federal Emission Performance Warranty is denied, HMA will provide the owner with a written explanation of why the claim was denied 1) within 30 days from the time you bring the car to a Hyundai dealership, or 2) within the time required by local, state, or federal law for the vehicle to be repaired without incurring further penalty, whichever is shorter.

Failure to provide an explanation within the 30-day period shall obligate HMA to remedy the nonconformity under the Federal Emission Performance Warranty except:

- o When delay is requested by the vehicle owner.
- o When delay is caused by factors beyond the control of HMA or authorized Hyundai Dealership.





If your Hyundai Dealership cannot repair your vehicle or process your claim within a reasonable time, please contact Hyundai Customer Care for assistance:

Hyundai Customer Care
PO Box 20850
Fountain Valley, CA 92728
1-800-633-5151
Consumeraffairs@hmausa.com

Further information can be obtained from and complaints registered with:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Division
Attn: Warranty Complaints
2000 Traverswood Drive
Ann Arbor, MI 48105
E-mail: complianceinfo@epa.gov





**CALIFORNIA EMISSION CONTROL WARRANTY STATEMENT**

**YOUR WARRANTY RIGHTS AND OBLIGATIONS**

The California Air Resources Board and Hyundai Motor America (HMA) are pleased to explain the California Emission Control System Warranty on your 2023 Hyundai vehicle certified for sale in California.

In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. HMA must warrant the emission control system on your Hyundai vehicle is designed, built, and equipped so as to conform with all applicable regulations adopted by the California Air Resources Board and is free from defects in materials and workmanship which cause the failure of a warranted part to be identical in all material respects to the part as described in the vehicle or engine manufacturer's application for certification, for the periods of time listed below, provided there has been no abuse, neglect or improper maintenance of your Hyundai vehicle.

Your emission control system includes parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies. Where a warrantable condition exists, HMA will repair your Hyundai vehicle at no cost to you, including diagnosis, parts and labor.

**MANUFACTURER'S WARRANTY COVERAGE:**

1. For 5 years or 60,000 miles (whichever occurs first):
   - If your Hyundai vehicle fails a Smog Check inspection, all necessary diagnosis, repairs and adjustments will be made by HMA to ensure that your vehicle passes the inspection. This is your California Emission Control System PERFORMANCE WARRANTY.
   - If any emission-related part on your vehicle is defective, the part will be repaired or replaced by HMA. This is your short-term California Emission Control System DEFECT WARRANTY.
2. LONG-TERM CALIFORNIA EMISSION CONTROL SYSTEM DEFECT WARRANTY. If an emission-related part listed in this Owner's Handbook on the Warranty Parts List specifically noted with coverage for "7 years or 70,000 miles" or "8 years or 80,000 miles" is defective, the part will be repaired or replaced by HMA. This is your long-term California Emission Control System DEFECT WARRANTY.
   - o Specific emission-related components are covered for 7 years or 70,000 miles, whichever occurs first, see Page 41, NOTE1.
   - o Specific emission-related components are covered for 8 years or 80,000 miles, whichever occurs first, see Page 41, NOTE2.





3. For 2023 Elantra, 2023 Sonata, 2023 Kona, 2023 Santa Fe, and 2023 Tucson certified as a super ultra low emission vehicle (SULEV), 2023 Tucson Plug-in Hybrid, and 2023 Santa Fe Plug-in Hybrid model certified as a transitional zero- emission vehicles, (TZEV) or a super ultra low emission vehicle, (SULEV), all parts covered under the PERFORMANCE WARRANTY and the DEFECT WARRANTY, which are listed in this Owner's Handbook on the Emission Warranty Parts List, are warranted for 15 years or 150,000 miles (excluding the Plug-in Hybrid Battery) whichever occurs first (for the states listed under the Warranty Jurisdiction (on page 40), See page 41, NOTE4.

Warranty Coverage for the 2023 Tucson Plug-in Hybrid Battery, and 2023 Santa Fe Plug-in Hybrid Battery, certified as a TZEV or SULEV only, is warranted for 10 years or 150,000 miles and not 15 years 150,000 miles, whichever occurs first.

**OWNER'S WARRANTY RESPONSIBILITIES**

As the Hyundai vehicle owner, you are responsible for the performance of the required maintenance listed in the Hyundai Owner's Manual. HMA recommends that you retain all receipts covering maintenance on your Hyundai vehicle, but HMA cannot deny emission warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your Hyundai vehicle to a Hyundai dealership as soon as a problem exists. The warranty repairs will be performed at no charge to you, except where a warranted part is not available within a reasonable time (in no case more than 30 days) after the vehicle or engine is initially presented to the Hyundai dealership for repair. In case of such unavailability, repairs may be performed at any available service establishment, or by you, and Hyundai will reimburse you for your expenses, including Hyundai's suggested retail price for the warranted parts replaced and labor charges based on Hyundai's recommended time allowance for the warranty repair and the geographically appropriate hourly labor rate; you must retain and upon request provide any and all receipts and failed parts to Hyundai in order to receive reimbursement due to such unavailability.

As the Hyundai vehicle owner, you should also be aware that HMA may deny your warranty coverage if your Hyundai vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact Hyundai Customer Care at 1-800-633-5151 or the California Air Resources Board at 9528 Telstar Avenue, El Monte, CA 91731.





INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

Specific emission parts are covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first.

**WARRANTY JURISDICTION**

This warranty applies exclusively to vehicles certified to California standards which are distributed by Hyundai Motor America and must be sold, registered and operated in the states of California, Colorado, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington.

Its coverage exists in addition to that of the Federal Emission Defect Warranty and the Federal Emission Performance Warranty.

NOTE1: The 15 years or 150,000 miles extended warranty applies to parts covered under the Performance and Defect Warranty, excluding the Plug-in Hybrid Battery, as listed in this Owner's Handbook to SULEV and TZEV-certified only vehicles sold, registered and operated in the listed states, under the Warranty Jurisdiction.
NOTE2: Warranty coverage for the Plug-in Hybrid Battery is 10 years or 150,000 miles and not 15 years or 150,000 miles, whichever occurs first.

**SPECIAL NOTE : According to Federal Regulations, your vehicle may also be eligible for additional warranty coverage under the Federal Emission Warranty. California requires minimum emission warranty coverage of the first 3 years or 50,000 miles of vehicle use, with coverage for the first 7 years or 70,000 miles for certain "high cost" emission related parts, determined by a California government specified formula.**

**Hyundai provides greater warranty coverage of 5 years or 60,000 miles for all emission related components and 8 years or 80,000 miles coverage for catalytic converters, the electronic engine control module (includes the onboard emissions diagnostic device).**

**WARRANTY PARTS LIST**

The 5 years/60,000 miles California Emission Control System Defect Warranty covers the following parts:





**5 YEAR / 60,000 MILE EMISSION WARRANTY PARTS - CALIFORNIA VEHICLE**

**Air Induction System**
Air Cleaner Assembly
Intake Manifold
Surge Tank
Turbocharger Assembly
Intercooler Assembly
EGR Cooler
EGR Valve
Mop Sensor Assembly
Active Air Flap & Duct Assembly
EHRS Assembly
EHRS WTR Hose & Tube
**Fuel Metering System**
Coolant Temperature Sensor
Air Flow Sensor
Fuel Injectors
Fuel Pump
High Pressure Pump (GDI)
HIGH Pressure Sensor
Throttle Body
Throttle Pos tion Sensor
Oxygen Sensor
Engine Control Module 8/80 All vehicles
Knock Sensor
Fuel Pressure Regulator
**Ignition System**
Spark Plugs and Ignition Wires
Camshaft Pos tion Sensor
Crankshaft Pos tion Sensor
Ignition Coil Assembly
**Catalyst and Exhaust System**
Exhaust Manifold Catalytic Assembly 8/80 All vehicles
Exhaust Manifold
Catalytic Converter Assembly 8/80 All vehicles
**Positive Crankcase Ventilation System**
PCV Valve and Hose

**Valve Timing System**
Cylinder Head Assembly
Intake Valve
Exhaust Valve
Intake Camshaft Assembly
Exhaust Camshaft Assembly
Intake CVVT Assembly
Exhaust CVVT Assembly
Intake Oil Control Valve
Exhaust Oil Control Valve
**Auto Transmission System**
Transmission Control Unit
Auto Transmission Fluid Warmer
**Evaporative Control System**
Canister Assembly
Canister Close Valve
Purge Control Valve
Fuel Tank
Fuel Tank Pressure Sensor
Fuel Filler Cap
ORVR (Vent) Valve
Rollover (Cut) Valve
Thermostat Assembly
Breather Hose Assembly
Warmer Water Valve
**Charging System**
Alternator
Battery Sensor
OAD
**Miscellaneous Items Used in Above Systems**
Hoses, clamps, gasket or seals
Wires, harnesses, connectors
All sensors (switches, solenoids, valves) associated with the ECM
**Onboard Emissions Diagnostic Device (Included in Engine Control Module)** 8/80 All Vehicles
Malfunction Indicator Light and Bulb
Data Link Connector

*Spark plugs shall be warran ed for  he emissions warranty period, or  he first scheduled replacement  ime or mileage, whichever occurs first.*

**NOTE 1 :** California requires minimum emission warranty coverage for the first 7 years or 70,000 miles, whichever comes first, for certain "high cost" emission related parts, determined by a California government-specified formula. Please check the California Air Resources Board webpage at https://ww3.arb.ca.gov/msprog/macs/macs.htm. Vehicle Covered by the California Emission Control System Warranty is also Covered by the Federal Emission Warranty. Note that coverage differs between the California and Federal warranty requirements, and the California and Federal warranty programs run concurrently, not consecutively.

**NOTE 2 :** Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first under the Federal Emission Warranty

**NOTE 3 :** Specific emission-related parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Hyundai Owner's Manual for required scheduled maintenance).

**NOTE 4 :** The above parts for an Elantra, Sonata, Kona, Santa Fe and Tucson certified as a super ultra low emission vehicle (SULEV); Tucson Plug-in Hybrid, and Santa Fe Plug-in Hybrid vehicle, certified as a Transitional zero-emission vehicle (TZEV) or a super ultra low emission vehicle, (SULEV), are warranted for 15 years or 150,000 miles, whichever occurs first, under the California Emission Warranty (excluding the Plug-in Hybrid Battery). Please note: The Plug-in Hybrid Battery designated by "10/150" is warranted for 10 years or 150,000 miles, whichever occurs first, under the California Emission Warranty for specific 2023 model year Tucson Plug-in Hybrid and Santa Fe Plug-in Hybrid vehicles, certified as a TZEV or SULEV only, and not 15 years or 150,000 miles. The certified TZEV or SULEV vehicle must be sold, registered and operated in one of the following states: California, Colorado, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington.

**NOTE 5 :** Warranty coverage for the Hybrid, Plug-in Hybrid, and Electric Vehicle System is 10 years or 100,000 miles, whichever occurs first, under the Hyundai Hybrid, Plug-in Hybrid, and Electric Vehicle System Warranty.





Some items are scheduled for replacement as part of the required maintenance for the vehicle.

Replacement of these items is warranted up to the first replacement interval or up to the limits of the applicable Emission Warranty coverage period, whichever occurs first (Refer to the Scheduled Maintenance chart in the Hyundai Owner's Manual). Any such part repaired or replaced under warranty shall be warranted for the remainder of the warranty period for that part.

If the failure of a warranted component causes damage to any other vehicle part, both parts will be covered by the Emission Warranties.

**WARRANTY START DATE:**

The above-mentioned warranty periods shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company car prior to sale at retail, on the date the vehicle is first placed in such service.

**WHAT IS NOT COVERED**

THE CALIFORNIA EMISSION CONTROL SYSTEM DEFECTS WARRANTY AND THE CALIFORNIA EMISSION CONTROL SYSTEM PERFORMANCE WARRANTY SHALL NOT APPLY TO:

- Malfunctions in any part directly caused by abuse, misuse, modification, improper adjustment except those done by a dealership during warranty service work, alterations, tampering, disconnections, improper or inadequate maintenance, neglect or use of leaded gasoline or other fuels not recommended in the Hyundai Owner's Manual.
- Damage resulting from an accident or an Act of God.
- Any vehicle on which the odometer reading has been altered so that actual mileage cannot be readily determined.
- Failures that are a direct result of a lack of performance of required emission control maintenance as outlined in the Hyundai Owner's Manual.
- Parts or accessories used in applications for which they were not designed or not approved for use on the vehicle by HMA.
- Parts not supplied by HMA or damage to other parts caused directly by non-Hyundai parts or non-equivalent parts.
- The charge for diagnostic labor which does not lead to the determination that a warrantable condition exists.





- INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, regarding emissions systems defects are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damage, so the limitations or exclusions set forth regarding this limited warranty may not apply to you.

**REPLACEMENT PARTS**

It is recommended that any replacement parts used for maintenance, repair or replacement of the emission control system be parts supplied by HMA.

Maintenance, repair or replacement of the emission control system may be performed by any qualified automotive repair facility or individual, using parts other than Hyundai Genuine Parts without invalidating this warranty.

However, the cost of such maintenance and parts will not be covered under this warranty unless it is an "Emergency Repair" situation (Refer to "Emergency Repair" for definition of emergency repair situation).

Use of replacement parts which are not equivalent in quality to Hyundai Genuine Parts may impair the effectiveness of the emission control system. You should make sure such parts are warranted by their manufacturer to be equivalent in design and quality to Hyundai supplied parts. HMA assumes no liability under this warranty for any vehicle damage caused by a defect in any such parts.

**OBTAINING WARRANTY SERVICE**

To obtain warranty service, you must return your Hyundai vehicle to any authorized Hyundai dealership in California, Colorado, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington during its normal service business hours, where such service will be performed.





When failing a Smog Check test, an authorized Hyundai dealership may ask the owner to provide proof that the required maintenance was performed when the dealership has reason to believe that the required maintenance;

- o Was not performed and
- o If not performed, may be the cause for the particular vehicle exceeding applicable emission standards.

For a Smog check test failure, if your Warranty Claim under the 2023 California Emission Control Systems Limited Warranties is denied, HMA or its dealership will provide you with a written explanation of why the claim was denied within 30 days from the time you bring the car to a Hyundai dealership.

If the authorized Hyundai Dealership does not notify the vehicle owner within 30 days that a warrantable condition does not exist, then HMA will repair the vehicle free of charge, unless:

- o The delay is requested by you, the Hyundai vehicle owner, or
- o The delay is caused by factors beyond the control of HMA or an authorized Hyundai dealership.

The lack of availability of warranted parts within 30 days shall constitute an emergency situation (see EMERGENCY REPAIR).

**EMERGENCY REPAIR**

In an emergency, where an authorized Hyundai dealership is not reasonably available, warranty repairs may be made at any available service facility, or by the owner using any replacement part. A repair not being completed within 30 days also constitutes an emergency.

HMA will reimburse you for your expenses including diagnostic charges, for repairs covered by this warranty, for parts at HMA's suggested retail price, and for labor at a geographically appropriate labor rate per HMA's recommended time allowance. For reimbursement, present all replaced parts and a copy of your paid receipt to any authorized Hyundai dealership. HMA assumes no liability for the workmanship of the repair facility.





**CALIFORNIA VEHICLE INSPECTION PROGRAM**

If your 2023 Hyundai vehicle fails to pass a Smog Check test after a period of use of 5 years or 60,000 miles, but before a period of use of 8 years or 80,000 miles, whichever occurs first, you may choose to have your vehicle repaired at an authorized Hyundai dealership or another service facility.

In the event that the Hyundai dealership or determines that the smog check failure was caused by the failure or malfunction of a part listed in this Owner's Handbook specially noted with coverage for 8 years or 80,000 miles, then your Hyundai vehicle will be repaired under this limited warranty at no expense to you, unless the part failure or malfunction was caused by abuse, neglect, or improper maintenance.

However, if the authorized Hyundai dealership determines that the smog check failure was directly caused by abuse, neglect, or improper maintenance, then you will be responsible for all diagnostic and repair costs related to detecting and repairing your Hyundai vehicle so it will pass the Smog Check test. If you choose to have your Hyundai vehicle repaired at a service facility other than an authorized Hyundai dealership, HMA will not be liable for any diagnostic and repair expenses, except where such repair is necessary by reason of an emergency.

If your Hyundai vehicle is determined to fail the Smog Check test by such service facility, you may deliver your Hyundai vehicle to an authorized Hyundai dealership and have it repaired free of charge in accordance with this warranty.

**OBTAINING WARRANTY SERVICE**

In the event of a Claim, you must return your vehicle to an authorized Hyundai dealership for examination and approval by Hyundai prior to any repair or replacement.

Warranty service will be provided by authorized Hyundai dealership without charge for parts or labor.





**WHAT IS COVERED**

Warranty coverage is for repair or replacement of any Hyundai Genuine Replacement Part or Accessory supplied from Hyundai Motor America which is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered."

Repairs are to be performed using New Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

Parts/Accessories that were sold and installed by an Authorized Hyundai Dealership will be repaired or replaced without charge for parts/accessories and labor. If the parts/accessories were not originally installed by an Authorized Hyundai Dealership, they will be repaired or replaced without charge for parts/accessories, but labor charges will not be covered.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

**REPLACEMENT PART WARRANTY PERIOD**

The Replacement Parts Limited Warranty period is limited to 1 year from the date of installation, or twelve thousand (12,000) miles of service, whichever occurs first, for Hyundai Genuine replacement parts supplied by HMA and purchased from and installed by an authorized Hyundai dealership. Parts replaced under the terms of the New Vehicle Limited Warranty, Powertrain Limited Warranty, Federal Emission Defect Warranty, Federal Emission Performance Warranty or California Emission Control Systems Warranty, are warranted for the remainder of the applicable warranty which the part was previously replaced under.

Certain Emission Control System items require scheduled replacement as part of the scheduled maintenance of the vehicle (i.e. spark plugs). Replacement of these items is warranted in normal service up to the first replacement interval only (Refer to the Hyundai Owner's Manual and its scheduled maintenance section). Genuine Hyundai Parts and Accessories supplied by HMA and purchased from an authorized Hyundai dealership, but not installed by an authorized Hyundai dealership, are covered for twelve (12) months from the date of purchase from the authorized Hyundai dealership.

### ACCESSORY WARRANTY PERIOD

A Hyundai Genuine accessory installed by an authorized Hyundai dealership on a new vehicle at the time of, prior to, or after the vehicle's date of delivery to the original retail purchaser, or the date the vehicle is first put into service, is covered under the New Vehicle Limited Warranty and is limited to 1 years from the date of original retail delivery or date of first use, or unlimited miles, whichever occurs first.

A Hyundai Genuine accessory purchased over-the-counter is warranted for 1 year/unlimited mileage.

An air conditioning system installed by an authorized Hyundai dealership is covered for 1 year or twelve thousand (12,000) miles, whichever occurs first, or the remainder of the New Vehicle Limited Warranty, whichever is greater, from the date of installation. An AM/FM radio, air conditioning system, Bluetooth or navigational system purchased over the counter is warranted for 1 year/unlimited mileage. AM/FM radio, navigational system, and Bluetooth are covered for 1 year/unlimited mileage if purchased and installed after the vehicle has been retailed or placed into service.

### OWNER'S RESPONSIBILITIES AND OBLIGATIONS

* Proper use, maintenance, and care of the vehicle (part) in accordance with the instructions contained in the Hyundai Owner's Manual.
* Retention of maintenance service records. It may be necessary for the customer to demonstrate and prove that the required maintenance has been performed, as specified in the Hyundai Owner's Manual.
* Retention of the customer's copy of the original repair order or original part counter sales receipts. The repair order or sales slip receipt will state the date of the parts sale. For parts originally installed by an authorized Hyundai dealership, the repair order must also state the mileage of the vehicle at the time of original replacement.
* Delivery of the part or accessory and supporting documentation indicating the date and, if applicable, mileage at time of purchase and installation during regular parts and/or service hours to any authorized Hyundai dealership to obtain warranty service.



SECTION 12 REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY

SECTION 12

### WHAT IS NOT COVERED

* Normal maintenance services of parts or accessories such as: cleaning, adjustment or replacement (i.e. spark plugs that are oil fouled, lead fouled, or which fail due to the use of low grade or contaminated fuel).
* Parts or accessories that fail due to abuse, misuse, neglect, alteration or accident, or which have been improperly lubricated or repaired.
* Parts or accessories used in applications for which they were not designed or not approved by HMA.
* Failures due to normal wear.
* Failures caused by non-Hyundai parts.
* Any vehicle on which the odometer reading has been altered so that mileage cannot be accurately determined.
* Any part previously replaced under the terms of the New Vehicle Limited Warranty, Powertrain Limited Warranty, Federal Emission Defect Warranty, Federal Emission Performance Warranty or California Emission Control Systems Warranty.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.
* The duration of any implied warranties, including those of MERCHANTABILTY and FITNESS FOR A PARTICULAR PURPOSE, are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitations of incidental or consequential damages, so the limitation or exclusions set forth regarding this limited warranty may not apply to the owner.

NOTE:
Vehicles which contain non-Hyundai Genuine parts, or which have been misused, or improperly maintained, will not have the coverage under the Replacement Parts and Accessories Limited Warranty denied, unless the non-Hyundai Genuine part, the misuse, or the improper maintenance directly caused or contributed to the subsequent problem.

### OBTAINING WARRANTY SERVICE

Warranty Service will be provided by any authorized Hyundai dealership.

בס"ד

# EXHIBIT C

National Programs
BBB AUTO LINE®

May 24, 2023

MM NATAN DAVOODI C/O NATAN DAVOODI
3580 WILSHIRE BOULEVARD
LOS ANGELES CA 90010

Re: REDACTED

Dear MM. Natan Davoodi C/O Natan Davoodi:

Thank you for contacting the BBB AUTO LINE program. We have opened your claim under the number shown above. In order to facilitate your claim, please review the information outlined below:

* Completing Your BBB AUTO LINE Claim - Please read this document first and follow the instructions.

* *Customer Claim Form* (*CCF*) - Information we have on file regarding your complaint is recorded on the *CCF*. Please verify the accuracy of the information and make any necessary changes or additions. Please verify that the Vehicle Identification Number (VIN) is correct. **PLEASE NOTE: Per Rule 2D of the BBB AUTO LINE Arbitration Rules, your case will not be arbitrated unless we receive a signed *Customer Claim Form*. If we have not received this form within 12 days from the date of this letter, your case will be closed. Please upload the form as soon as possible via your online account.** If you are having issues with your account, please call us at (800) 955-5100 for further assistance. The claim form may also be faxed to (703) 247-9700.

* How BBB AUTO LINE Works (California) - This brochure explains how to use the program, the steps for you to follow to enable us to process your dispute, the eligibility requirements, and the remedies available through the program. The program's rules and policies are also available at www.auto.bbb.org/CA/

In some cases, the manufacturer may contact you directly to discuss the settlement options. Please let us know if you reach a settlement with the manufacturer.

**Please note that Rule 3 of the How BBB AUTO LINE Works (California) brochure is amended to add the following remedies that may be awarded by the arbitrator:**

- A Ford Extended Service Plan (ESP)
- Reasonable attorneys' fees capped in the amount of $1,500.00

If you would like more information about our program, you may request a free copy of our written *Operating Procedures*.

BBB AUTO LINE staff are here to help you and Ford resolve your concerns. Please call me at (800)955-5100 if you have any questions.

Sincerely,

William Clopton at Extension 5021