JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY KWIATKOWSKI and DOES 1-100 inclusive;<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC., a California Corporation, HYUNDAI OF GLENDALE, a California Company, and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 2:25-cv-05511-AB-MAA<br><br>[PROPOSED] ORDER ENTERING JOINT STIPULATED DISMISSAL |

Having reviewed and considered the parties' Joint Stipulated Dismissal ("Stipulation"), and good cause appearing therefor, the Court **GRANTS** the Stipulation.

IT IS HEREBY ORDERED that this action is dismissed *with* prejudice.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1